E-FILED
Wednesday, 27 July, 2022  12:33:44 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

VIBRON LLOYD, FOR THE ESTATE
OF ONASUS LLOYD, et.al.,
)
)
)
Plaintiff
)
)
vs.
)
)
)
THE VILLAGE OF MAYWOOD,
MAYOR NATHANIEL BOOKER,
MAYWOOD POLICE DEPARTMENT,
DONNA HERRERA, CHRISTOPHER
FUQUA, ILIR SHEMITTRAKU,
JASON SMITH, ANTHONY
SARACENO, and BRANDON
HAWKINS
)
)
)
)
)
)
)
)
)
)
,
)
)
Defendant(s)
)

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

Supplementary Jurisdiction requested

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☑ Other federal law: 42 U.S.C. ss 1981, 42 U.S.C. ss 1985(3), 42 U.S.C. ss 1986

☐ Unknown _____

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Mental Health treatment
1:22-CV-01010

B. Approximate date of filing lawsuit: January, 12, 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: 
Vibron Lloyd

D. List all defendants: Tiffanie Clarke, Rob Jefferies
Wexford Health scources

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District of Illinois

F. Name of judge to whom case was assigned: Joe Billy McDade

G. Basic claim made: mental health treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Lloyd v. Hinthorne et al.
1:20 cv 05118

B. Approximate date of filing lawsuit: 08/05/2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vipeon Lloyd

D. List all defendants: Cherryle Hinthorne, Amalia Manning, Heather Bergmoose, Kurt K. osmundson, vipin shah

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Rock island Division Federal Court

F. Name of judge to whom case was assigned: Chief Judge Sara Darrow

G. Basic claim made: deliberate indifference to a serious medical need.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Lloyd V. Finthone et al 1.21cv04111

B. Approximate date of filing lawsuit: 4/8/2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibrac Lloyd

D. List all defendants: Chesnyle, Finthone, hert k. csMindern, Trey Bergerman, Tanya Myish, Christine Lindsey.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District Federal Court

F. Name of judge to whom case was assigned: Joe Billy McDade

G. Basic claim made: Medical need

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 550- Civil Rights

03CV6148

B. Approximate date of filing lawsuit: 03 30 2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Valerie Hawk, Eric Williams, Chris Jackson

D. List all defendants: Elijah Willis, Det. Diaz Charles Porter

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge Valdez Maria

G. Basic claim made: 550- Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 05/30/14 03/06/18

I. Approximate date of disposition: 05/22/19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _EEC - (oser Sanction_
_13 CV98 54_

B.  Approximate date of filing lawsuit: _11 15 2013_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _Nathan Lloyd, Erick Wilson, Chis Jackson_

D.  List all defendants: _Thomas J. Dart_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Federal Court_

F.  Name of judge to whom case was assigned: _Judge: Der yeghiayan_

G.  Basic claim made: _555 - prison Condition_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 01/09/2014_

I.  Approximate date of disposition: _03/28/2014_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                              Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Civil Rights_
_1:13cv08210_

B.    Approximate date of filing lawsuit: _12/05/2013_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Warren Lloyd, Ronnie Nelson, Chris Jackson_

D.    List all defendants: _Thomas J. Dart_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Federal Court_

F.    Name of judge to whom case was assigned: _Samuel Der-Yeghiayan_

G.    Basic claim made: _Civil Rights_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 01/13/2014_

I.    Approximate date of disposition: _01/22/2014_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Civil Rights
113CV02263

B. Approximate date of filing lawsuit: 12/26/2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Wilbert L. Lloyd, Erick Wilson, Chris Jackson

D. List all defendants: Frank A. Cosquelo, Cmdr. Franklin Bellwood Employees, R.Stanfel, Z.Beck

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Jeffrey T. Gilbert

G. Basic claim made: Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 04/20/2015

I. Approximate date of disposition: 04/20/2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 55○-○vil Rights 11 cv 2204

B. Approximate date of filing lawsuit: 12/26/2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibron Lloyd, Erick Wilson, Otis Tarkson

D. List all defendants: Ronald M. Serpice, Sam C. Pitacci, Steven pess, Det. Guist Det. Sander, Sgt. Newinski

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Nothern District Federal Court

F. Name of judge to whom case was assigned: Judge: Valdez — Gary Feinermon

G. Basic claim made: 55C - Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 04/10/2015

I. Approximate date of disposition: 04/10/2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555- Prison Condition 14cv9069

B. Approximate date of filing lawsuit: 01 30 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibron Lloyd, Eric Wilson, Otis Jackson

D. List all defendants: Thomas J. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: Samuel Der-yeghiayan

G. Basic claim made: 555 Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/20/2016

I. Approximate date of disposition: 01/30/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555 - Prison Condition
14c, 0594

B. Approximate date of filing lawsuit: 01/15/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Nabro Lloyd, Erick Wilson, Otis Jackson

D. List all defendants: Michael T. Strianese., Robert B. Milord
Thomas J. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge Aida
Samuel Der-yeghiayan

G. Basic claim made: 555- Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 02/18/2014

I. Approximate date of disposition: 02/19/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: S55- prison Condition 14cv0609

B. Approximate date of filing lawsuit: 01/27/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibran Lloyd, Erick wilson, Otis Jackson

D. List all defendants: Thomas T. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: Samuel Der-yeghiayan

G. Basic claim made: 555- prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 05/18/2014

I. Approximate date of disposition: 09/25/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                            Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Civil Rights
   1173UCO883

B. Approximate date of filing lawsuit: 01 / 03 / 2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: V'bren Light, Funk Unibera, I.S. Jackson

D. List all defendants: City of Berwyn, Brad Mazz, Nicholas Sebavore, Richard Trautlox

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District federal court

F. Name of judge to whom case was assigned: Elaine E. Bucklo

G. Basic claim made: Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01 / 11 / 2017

I. Approximate date of disposition: 05 / 25 / 2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 55C - Civil rights 14306478

B. Approximate date of filing lawsuit: 01/30/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Wilmer Lloyd, Edward Wilson, Otis Jackson

D. List all defendants: Elijah Willis, Dennis Diaz, Charles Porter George Cooper, Daryll Farley, Officer C.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): District Circuit Logan Court

F. Name of judge to whom case was assigned: Judge: John Kim John J. Tharp, Jr.

G. Basic claim made: Prisoner Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 11/07/2014

I. Approximate date of disposition: 11/10/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.      Name of case and docket number: 555- Prison Condition
        16cv 1180

B.      Approximate date of filing lawsuit: 05/01/2016

C.      List all plaintiffs (if you had co-plaintiffs), including any aliases:
        William Lloyd, Eric Wilson, d/s Jackson

D.      List all defendants: Thomas J. Dart

E.      Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.      Name of judge to whom case was assigned: Judge: Cole
        Samuel Der-yeghiayan

G.      Basic claim made: 555- Prison Condition

H.      Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 08/25/2016

I.      Approximate date of disposition: 08/26/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                              Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: 550-Civil Rights
 Illi AV9096

B.   Approximate date of filing lawsuit: 10/30/2016

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Vihaan Lloyd, Erick wilson, otis Jackson

D.   List all defendants: Robert Fisher, Jose palaya, City of Chicago

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern district of illinois

F.   Name of judge to whom case was assigned: Judge Resord Sara L. Ellis

G.   Basic claim made: 550- Civil Rights

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/09/2019

I.   Approximate date of disposition: 01/09/2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 550-Civil Rights
Chicago, IL

B. Approximate date of filing lawsuit: 10/24/2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vivian Lloyd, Erik Wilson, Chris Jackson

D. List all defendants: Michele Schiavone, Brad Mann, Richard J. Newton, City of Berwyn

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: ~~Mason~~ Michael T. Mason

G. Basic claim made: 550 - Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 11/28/2017

I. Approximate date of disposition: 08/22/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: 55c-Civil Rights ___ nealuse ___

B.    Approximate date of filing lawsuit: 12/19/2016

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ___
Vibron Lloyd, Eric Wilson, Chis Jackson

D.    List all defendants: City of Berwyn, Timothy Keske, George Ardiffred, unknown Sgt.

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.    Name of judge to whom case was assigned: Judge: Horr
John Z. Lee

G.    Basic claim made: 55c-Civil Rights

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 06/05/2017

I.    Approximate date of disposition: 10/31/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555- Prison Condition
Lawsuits

B. Approximate date of filing lawsuit: 01/33/2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Fires M. Ayoubi, Leon Banks, V hral Lloyd Chante Johnson, Josimar Barito

D. List all defendants: Thomas, T. Dart, Jckn Murphy Daryl Howell, Michael Dembr32, Tyree Partie, Sgt. Nanas.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Western District Federal Court

F. Name of judge to whom case was assigned: Judge: Charles R. Norgle, Sr

G. Basic claim made: 555- Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/31/2017

I. Approximate date of disposition: 05/10/2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _55C - Civil Rights_
_11cv0038_

B.    Approximate date of filing lawsuit: _01/31/2017_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vibon Lloyd, Erick wilson, C+S Jackson_

D.    List all defendants: _City of Berwyn, Bmd Mong Nicholas Schaver_
_Richard J. Novotny_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F.    Name of judge to whom case was assigned: _Judge: Cox_
_Elaine E. Bucklo_

G.    Basic claim made: _55c - Civil Rights_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 01/11/2017_

I.    Approximate date of disposition: _05/25/2018_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 55c-civil Rights
   11cv 377

B. Approximate date of filing lawsuit: 01/17/2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   Wilson Lloyd, Erickson Sn, C4/S Jackson

D. List all defendants: Village of Maywood, Elijah willis,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District federal court

F. Name of judge to whom case was assigned: Judge Eric
   Jorge L. Alonso

G. Basic claim made: 55c - Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 03/27/2017

I. Approximate date of disposition: 03/27/2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ___EEO- Civil Rights___
_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
___Milton Lloyd, Eric Kwilson, Otis Jackson_____

D. List all defendants: ___Village of Maywood, Maywood Police Department, Maywood Fire Department_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___Northern District Federal Court_____

F. Name of judge to whom case was assigned: ___Judge___
___Edmond E. Chang___

G. Basic claim made: ___SSC - civil Rights_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___Terminated 03/13/2018_____

I. Approximate date of disposition: ___03/14/2018_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 55c - Civil Rights
   18cv191

B. Approximate date of filing lawsuit: 01/10/2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   Vihan Lloyd, Erick wilson, Chis Jackson

D. List all defendants: City of Chicago, Perni Arunkumar,
   Mary E. Marik, Antonia Mayorga

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern Illinois Federal Court

F. Name of judge to whom case was assigned: Judge ~~Guzman~~
   Andrea R. Wood

G. Basic claim made: 55c - Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 07/31/2018

I. Approximate date of disposition: 08/29/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                   Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate)*.

## II. PARTIES

A. Plaintiff:

Full Name: Vibron Lloyd

Prison Identification Number: B75061

Current address: Illinois River C.C

p.o. Box 999 Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: The Village of Maywood

Current Job Title: The Village of Maywood

Current Work Address 40 Madison Street

Maywood, IL 60153

Defendant #2:

Full Name: Maywood Police Department

Current Job Title: Police Department

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #3:

Full Name: Nathaniel Gorge Booker

2

Current Job Title: Mayor OF Maywood, IL

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #4:

Full Name: Donna Herrera

Current Job Title: Police officer Star #324

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #5:

Full Name: Christopher fuqua

Current Job Title: Police officer Star #323

Current Work Address 125 South fifth Avenue

Maywood, IL 60153

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒          No ☐

3

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Vibron Lloyd

Prison Identification Number: B75061

Current address: Illinois River C.C

P.O. Box 999 Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Ilir Shemittraku

Current Job Title: Detective Star #314

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #2:

Full Name: Jason Smith

Current Job Title: Detective Star #309

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #3:

Full Name: Athony Saraceno

2

Current Job Title: Police officer Star# 289

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #4:

Full Name: Brandon Hawkins

Current Job Title: Police officer star # 310

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑        No ☐

3

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Maywood Illinois

Date(s) of the occurrence 2016 - 2022

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1. VIBRON LLOYD, for The Estate of Onasus Lloyd, and on behalf of NETTIE LLOYD JOHNSON, OLIVER LLOYD, DESMON STAPLE, ONASUS LLOYD JR., and ALEXIS WESLEY, brings this complaint pursuant to 42 U.S.C ss 1983, 42 U.S.C ss 1981, 42 U.S.C. ss 1985(3), 42 U.S.C. ss 1986, and several state law claims including Wrongful Death, 740 ILCS 180/1, Survival under the Illinois Survival Act, 755 ILCS 5/27-6, Civil Conspiracy, Intentional Infliction of Emotional Distress; and a Monell Claim under Monell v. Department of Social Services of New York (1978). And for pecuniary injuries, and loss of society.

2. The above cited parties, Collectively known as "Plaintiffs" allege that Defendants, Village of Maywood, Mayor Nathaniel Booker, Maywood Police Department, Officer Donna Herrera #324, Officer Christopher Fuqua #323, Detective Ilir Shemittraku, #314, Detective Jason Smith #309, Officer Anthony Saraceno #289, and Officer Brandon Hawkins #310, violated their and Decedent, Onasus LLOYD SR's, Federal and State Constitutional rights under Color of State Law and committed several other torts which caused Intentional Infliction of Emotional Distress, grief, sorrow, mental suffering, loss of consortium, loss of com-

5

panionship, severe depression and mental instability. Plaintiff's bring these claims against Defendants in their Individual and/or official capacities.

## INTRO / FACTS / BACKGROUND
### INTRODUCTION

3. Vibron Lloyd is the Eldest of Dededent Onasus Lloyd's Siblings, and is Next of Kin.

4. The following is an account given to him from Decedent over the years up until the day before Decedent's death on August 28, 2021, and as related by Decedent's then girlfriend and Co-Plaintiff, Alexis Wesley, Decedent's mother and Co-Plaintiff, Nettie Lloyd-Johnson, Decedent's brother and Co-Plaintiff, Oliver Lloyd, Decedent's Son, Onasus Lloyd Jr., and Decedent's Nephew and Co-Plaintiff, Desmon Staple, with special insight given by Decedent's Landlord and mentor, Petar Donev.

5. All of the above named individuals have prepared a brief excerpt relevant to who Decedent was and the events leading up to his murder. Each Plaintiff/Witness can and will be called to testify and can attest to the truthfulness of the following made on their behalf. Plaintiff wishes to summarize the renditions of events of each party so as not to present a piecemeal pleading to the Court, so the story may flow eloquently, and so that the story will make sense opposed to varying writings of the Plaintiffs. Plaintiff Vibron Lloyd, hereforth represented as V.L., requests this court's utmost patience

6

and the exercising of its sagacity.

6. For ease and simplicity, the following abbreviations shall denote the corresponding names. Onasus Lloyd (Decedent) Vibron Lloyd (V.L.) Nettie Lloyd Johnson (N.L.J.), Oliver Lloyd (O.L.), Onasus Lloyd Jr. (Jr.), Desmon Staple (D.S.), Alexis Wesley (A.W.), and Petar Donev (P.D.).

7. For Defendants, Village of Maywood (VOM), Mayor Nathaniel Booker (N.B.), Maywood Police Department (MPD), Donna Herrera (D.H.), Christopher Fuqua (C.F.), Ilir Shemittraku (I.S.), Jason Smith (J.S.), Anthony Suraceno (A.S.), and Brandon Hawkins (B.H.).

## FACTS OF THE CASE
## BACKGROUND

8. Onasus Lloyd, Decedent, before his death on August 28, 2021, was a family oriented man who did shows and performances at clubs, private parties, and colleges with his younger brother. Decedent also worked on cars as a mechanic in his leisure time when he was not performing. (See Exhibit 2, Petar Donev's statement)

9. As a result, Decedent made good money and was able to afford luxury items.

10. Decedent, because of his occupation as an artist,

was ostentacious and very noticeable because of his jewelery, his car, and his condo that he rented from his friend and mentor, Petar Donev (P.D.).

11. However, for the same reasons, Decedent also attracted the attention of the Maywood Police Department (MPD).

12. Because Decedent had a noteable last name, "Lloyd", the MPD assumed he was like his relatives who had frequent brushes with their Department, so they pegged him as a drug dealer and gang member. He was not into that life.

13. IN 2016 Decedent met Alexis Wesley (A.W.) and they began a romantic relationship.

14. Throughout 2016, 2017, 2018, 2019, 2020, up until 2021, Decedent was subject to campaign harassment by MPD, in which on several occasions the MPD and Defendants, Donna Herrera (D.H.) #324, Christopher Fuqua (C.F.) #323, Ilir Shemittraku (I.S.) #314, Jason Smith (J.S.) #309, Anthony Saraceno #289 (A.S.), and/or Brandon Hawkins (B.H.) #310, would show up to Decedents residence with false complaints of "noise" and "disturbing the peace", only to ask how much "crack" he has to sell to maintain rent, or where are the "drugs" where are the "guns", "I bet you're a drug dealer", and "how do you make your money?" The MPD and Defendants, any one or number of them at any given time, would also pull

Decedent's car over arbitrarily and without probable cause, only to ask, "how can you afford a car like this", "what's in the trunk", "where are you hiding the drugs", "where are you going, to drop off drugs", and "who did you and your Gangster Disciple friends shoot the other day", or "who did you and your Vice Lord friends rob for this", speaking of his watch.

15. Nearly on all of these occasions Decedent's girlfriend A.W. was with him, and various officers of the MPD and/or Defendants would attempt to Elicit information from her, asking her, "tell us where he's keeping the drugs", "where's he hiding the gun", "does he hit you", and, "you won't get in trouble if you tell us".

16. From 2017-2022, there have been 15 video recordings of the MPD and any one or more of the Defendants harrassing the Decedent and/or the Lloyd family. V.L. and Family maintains all 15 videos as exhibits and will use them at trial as evidence of the campaign harassment of Decedent and discriminatory actions of the MPD and any one or more of the Defendants.

OFFICIAL DATE: August 24, 2021, Shooting of Onasus Lloyd

17. On August 24, 2021, Decedent and A.W. were in their living room listening to music and watching T.V. when he received a call on his cellphone by an individual attempting to disguise their voice stating that their name was "Mike", and asked Decedent did he have some weed, from an unknown number. Decedent stated that he did not know anyone by that

name and that he did not sell weed. Decedent believed that it was an individual and/or individuals named "Seth Marino", and nicknamed "BO BO", "Joseph", and "Sammie", trying to determine if he was home.

18. Decedent was concerned about these individuals and regarded them as armed and dangerous.

19. Decedent was aware of these individuals gang and drug activity in the Maywood area.

20. Decedent came to know these individuals because he was a performance artist and frequented clubs and private parties where these individuals would also be.
   The individuals began to target Decedent because one of their girlfriends liked Decedent and began a romantic relationship with him in 2021.

21. Because the individuals disliked Decedent because he garnered the attention of multiple women via his performances, and didn't like his entourage, which consisted of members of the Lloyd family, they sought violence against him.

22. On three occasions these individual agitators and their "entourage", i.e., gang members, showed up to Decedents peformances to sabotage the event.

23. They started fights with Decedant and his entourage and shot up the events.

24. One of the individual agitators named Sammie snatched Decedents chain during one of the brawls and shot at Lloyd.

25. From there, Decedent believed that they or any one of these individuals intended to rob and or kill him and he related that to several family members and friends including, V.L., N.L.J., O.L., A.W., and his landlord, friend, and mentor Petar Donev (P.V.), and eventually 8/24/21, Defendants.

26. (Back to the incident of August 24, 2021)
After hanging up from the individual attempting to disguise his voice named "Mike", a few minutes later Decedent and A.W. heard their dogs begin to bark very loudly. Decedent got up from the couch and went to the front door. A.W. watched as Decedent went outside the front door. After not seeing anything out of the ordinary Decedent decided to smoke a cigarette. All of a sudden Decedent heard approximately ten gun shots. Two struck Decedent in his upper right thigh and he ran back into the apartment yelling that he had been shot. (See Exhibit 1, p.1 Maywood Police Incident Report 21-15476, by Donna Herrera, (D.H.))

27. A.W. called Maywood Police Department (MPD) communicating that her boyfriend Decedent had been shot.

28. This report was made August 24, 2021, at 21:38, or, 9:38 p.m. (See Ex. 1)

29. Defendant Donna Herrera (D.H.) was assigned to the case. (See Ex. 1)

30. D.H. and several other Defendants designated, "assisting officers", (A/O), arri were dispatched and arrived to the residence of Onasus Lloyd (Decedent) and Alexis Wesley (A.W.). (See EX 1)

31. Assisting Officers included, A/O #1, Detective Ilir Shemitraku, # 315, A/O #2, Detective Jason Smith, # 309, A/O #3, Officer Athony Saraceno #289, A/O #4, Braddon Hawkins, # 310, and A/O #5, Christopher Fuqua, # 323, (See EX. 1)

32. Plaintiff A.W. let the Defendant Officers and Detectives in through the front gate which had been locked to insure that the assailants were not able to re-enter the premises.

33. A.W. escorted Defendant, D.H., to the bedroom where Decedent had been shot.

34. D.H. had been speaking with Lloyd for minutes before Defendants I.S., J.S., A.S., B.H., C.F., and another non-defendant, Joseph Escamilla, # 277, entered into the bedroom.

35. Defendant, I.S., upon entering the room told Plaintiff A.W. "you didn't have to shoot him", in a fecetious manner, and

Defendant A.S. immediately after said, in a jocose manner, "Yeah, you didn't have to shoot him".

36. A.W. immediately was infuriated and offended, because not only were Defendants not taking this attempt on her boyfriend's life seriously, but they were baselessly blaming her.

37. A.W. denied shooting Decedent and related to Defendant Officers and Detectives that they, her and Decedant, were listening to music and watching T.V. and Decedent received a call from a guy saying that his name was "Mike" and asking for weed. She related Decedent said he doesn't know a "Mike" and does not sell weed. She related that a few minutes later she heard their dogs barking very loudly and Decedent went to the door and went to the outside of it, She then heard "approximately ten shots" and witnessed Decedent come back running inside yelling that he had been shot. She related she then called the Police.

38. Defendants I.S., J.S., A.S., turned their attention to gun shot victim Onasus Lloyd.

39. Defendant I.S. lead with the question, "was this an attempt drug deal gone wrong?" "This guy "Mike" he tried to buy weed from you, where's the weed we know you have some". A.S. chimed in, "how much?" "Has to be a lot", "A big timer like you". J.S. stated where's the gun, we know you shot back at them, was "Mike" a gang rival.

40. Defendants bombarded Decedent with questions pertaining to how much money he made at his shows, how could he afford his car, Jewelery and his home.

41. As related to Plaintiff V.L. from Onasus Lloyd (Decedent) and A.W., the other Defendants D.H., C.F., and B.H. either interjected with inappropriate comments profiling Decedent, or failed to intervene to stop the improper line of questioning of the Victim. (Per phone call to Decedent on August 25, 2021, August 26, 2021, and August 27, 2021)

42. Decedent called the Defendants racist and told them that he doesn't "sell drugs" and doesn't "gang bang". He related that he raps and does shows and performances to show "kids" there is a "better way". And that he is "tired of them", i.e. the MPD.

43 Decedent then related to Defendants collectively that the person on the phone "Mike", tried to disguise his voice but sounded like "a dude named "Seth Marino", and that he heard other voices in the background. He related that he thought that this call was a set up by "Seth Marino", "RO RO", "Joseph" and/or "Sammie" to see if he was home and "to "trick" him to "come outside" to "kill" him, or "rob" him.

44. Defendant J.S. again asked, "so 'these' are rival gang members"? Decedent then told them again that he was not in a gang, so they are not rival gang members, but "dudes" he "got into it with

over a girl and because they start fights and shoot at his shows".

45. Defendant I.S. told Decedent they "weren't" going to "help" him unless he could be honest about what he was doing and what role he was playing in the entire situation.

46. Defendant A.S. then turned his attention to A.W., along with Defendant J.S., asking her to give them information on Decedents affairs, i.e., how he makes money, where is he hiding drugs and guns, were they in the immediate ("here") "location" or at "another location", and gave her a card with MPD information on it in case she "remembered" anything.

47. Plaintiff A.W. told them that they were "bogus", that the Decedent was shot and bleeding and that they should be trying to help him stop the bleeding and not harassing them, and said "No thankyou" to the card.

48. Defendant J.S. said they were just trying to help her and asked her does "he" beat her. She walked away.

49. Defendants A.S. and J.S. then turned their attention back to Decedent, who was still talking to Defendant I.S. and another Officer.

50. Defendant J.S. and I.S. stepped to the side speaking in a hushed voice.

51. Defendant I.S. then came back to Decedent and impatiently said, "dude, are you gonna tell us the truth or what."

52. Decedent emotionally charged with tears in his eyes because of the searing hot bullets which penetrated his body that caused excruciating pain, exclaimed, "Fuck you racist motherfuckers I told y'all what happened, some niggas tryna kill me and I told y'all who it was and y'all study asking me dumbass questions." "That's crazy, y'all a let a nigga die". (as related by Lloyd)

53. Per Plaintiff V.L's phone call with Decedent and A.W. one of the Defendant officers or detectives in response to Decedent's statement said, "Good, one less monkey", in a low voice. (The totality of these exchanges lasted minutes) (Defendant officers and Detectives also gave an incomplete incident report)

54. This statement by Victim, Onasus Lloyd, now decedent was his last statement to the Defendants. Defendants did not write down Decedents statements though they found several bullets from several guns

55. The Maywood Fire Department transported Decedent to Loyola Medical Center at approximately 21:52 hours, or, 9:52 p.m. (Ex 1) Workflow status on the 8/24/21 incident was closed in hours. (EX1)

56. Plaintiff V.L. received news that his brother had been shot from the Decedent himself. Decedent was released from Loyola Hospital and spoke to V.L. via jails call on August 25, 26 and 27, 2021.

(Exhibit 1, Demonstrates that the workflow status on the 8/24/21 incident was last modified 8/25/2021 at 9:55 a.m. and considered closed showing a lack of investigation).

57. Plaintiff V.L. told Decedent to place him on speaker so that A.W. could hear him as well, and vice versa.

58. V.L. communicated to his brother and A.W. that they needed to tell him everything that happened pertaining to the assailants and pertaining to the Defendant Officers.

59. When hearing Decedent tell the story of the events, he seemed more disappointed and heartbroken with the way he was and had been treated by the MPD and Defendants; rather than assailants.

60. Plaintiff requests that the Court excuse the following epithet but in some of the last words of Onasus Lloyd," I expected them niggas to try to kill me, but these racist ass police are supposed to protect and serve you", "this shit a joke", "I'm out here doing shows at schools, birthday parties, and community events and these people tryna make me out to be a King Pin." "Bro, you know that aint my lifestyle, that aint for me, and that's not what I want for my kids", "I'm tryna make a change, but it's hard".

61. Plaintiff V.L. took multiple statements from his brother and A.W. which is how he was able to accurately recount the events leading up to August 24, 2021. (Plaintiff compiled the notes he had written regarding Decedents and A.W.'s statements

62. while drafting this complaint)

OFFICIAL DATE: August 28, 2021, Murder of Onasus Lloyd

The following is a summary account of the Murder of Onasus Lloyd as communicated by, Alexis Wesley (A.W.), Nettie Lloyd Johnson (NLJ.) Oliver Lloyd (OL), Onasus Lloyd Jr. (JR.), and Desmon Staple (D.S.), to Plaintiff Vibron Lloyd. Communications were by several phone calls and personal signed statements, as well as MPD Incident Reports.

62. On August 28, 2021, Decedent, Onasus Lloyd, was in his home shared with his then girlfriend A.W. ~~Decedents~~

63. Decedents mother N.L.J. came by his home to relate to him that his Son JR., 16, had fallen off his dirt bike. Decedent got into the car with his mother and drove to where his son was. On the way there, they noticed his son pushing the dirt bike and decedent got out of the car to help. His mother then went to the gas station to get some coffee. JR.'s cousin, D.S., also 16, came to assist JR. with pushing the dirt bike as well. (See Exhibit 2)

64. Suddenly, a Chrysler 300 with tinted windows pulls up and two subjects armed heavily with guns began to fire multiple rounds of projectiles (60 total) striking Decedent multiple times and also striking his nephew D.S. in the abdomen while he was trying to run to get away. Decedent Onasus Lloyd attempted to run but collapsed due to his body being riddled with bullets. (See Exhibit 2 and Three 3)

65. J.R. ran toward the gas station to inform his grandmother, N.L.J., of what had just occurred pertaining to his father.

66. D.S. eventually got away and hid behind a gas station.

67. O.L. was waiting for the mailman at the time while on the phone with N.L.J. He overheard his nephew screaming that his "dad" had been shot and almost wrecked his car speeding to their location.

68. Upon arriving at their location, O.L. met with his mother N.L.J, his nephews J.R., and D.S., who had been shot.

69. They all observed the lifeless body of Decedent Onasus Lloyd and began to cry uncontrollably. Decedents mother fainted. (See Exhibits 2 Family written statements and Police incident report Marked EX 3)

70. The police arrested A.W. and J.R. for reasons unknown to them at the time, but was later revealed in the Village of Maywood's newspaper that MPD thought they were "suspects".

71. The ~~crime Po~~ MPD were called at approximately 16:58 hours, or 4:58 p.m.

72. Several of the Defendant Officers and Detectives who had willfully and intentionally and/or deliberately failed and/or refused to investigate Decedents shooting on August 24, 2021, arrived at the scene of Lloyd's murder on August 28, 2021.

73. Defendant Officer Christopher Fuqua #323, was dispatched and arrived to the scene at 17:00 hours, or, 5:00 p.m. (EX 3)

74. Defendant Detective Shemittraku #314 arrived to the scene at 17:05 hours, or, 5:05 p.m. (EX3)

75. Defendant Detective Smith #309 arrived to the scene at 17:05 hours, or, 5:05 p.m. (EX3)

76. Defendant Officer Saraceno #289 arrived to the scene at 18:48 hours, or, 6:48 p.m. (EX.3)

77. Several other MPD officers were dispatched to the scene as well, including, Terrence Powell #268 at 1703 hours, or 5:03 p.m., Detective Reilly #305 notified 1717 hours or 5:17 p.m., Officer Earley #320 at 1758 hours or 5:58 p.m., Sgt. Ochoa at _?_ and Lt. Diaz #227 at 1842, or, 6:42 p.m. (See Exhibit 3 Maywood Police Department Incident Report 21-15759, 8/28/2021)

78. Per N.L.J., O.L., A.W., D.S., and JR., while several of the MPD officers including Defendants named above, were on the scene huddled around Decedents. body, several of them were laughing, joking inappropriately, and seemed unconcerned.

79. Several "Ring Doorbell security cameras", b local business cameras, and witness bystanders cameras caught Lloyd's murder on video as well as MPD Officers and Defendant

Officers and/or Detectives acts of laughing, inappropriate joking and other unethical conduct.

80. These videos went "viral" and have been viewed thousands of times, catching the perfunctory conduct of MPD officers and Defendants on camera.

81. Plaintiff maintains copies of this footage.

82. Maywood Fire Department were contacted at 1703 hours or, 5:03 p.m., arrived at 1704 hours, or, 5:04 p.m. and escorted Decedents body to Loyola Hospital at 1710 hours or 5:10 p.m. (EX. 3)

83. Onasus Lloyd was pronounced dead by Dr. Pham at 1715 hours, or 5:15 p.m. (EX. 3 and Exhibit 4, Medical Examiner Investigations) (ME 2021- 08022)

84. Per "The Office OF THE MEDICAL EXAMINER of COOK COUNTY, ILLINOIS", Report of Postmortem Examination Decedent suffered the following injuries resulting in his death:
                "EVIDENCE OF MEDICAL INTERVENTION"

"2. On the right anterior thigh, two bandages are noted" (This is evidence that Decedent was still suffering from the two gunshot wounds to his right thigh that he received August 24, 2021, where Defendants failed and refused to investigate his complaint because of discriminatory purposes) [See Ex. 5 page 1]

## EVIDENCE OF INJURY

85. MULTIPLE GUNSHOT WOUNDS:

1. "Superficial Gunshot Wound to Forehead";
2. "Perforating Gunshot Wound to Right Chest";
3. "Perforating Gunshot Wound to Right Arm";
4. "Perforating Gunshot Wound to Right Wrist";
5. "Penetrating Gunshot Wound to Left Chest";
6. "Perforating Gunshot Wound to Right Thigh"; (8/24/2021)
7. "Perforating Gunshot Wound to Right Thigh"; (8/24/2021)
8. "Penetrating Gunshot Wound to Left Buttock";
9. "Penetrating Gunshot Wound to Left Buttock";
10. "Pentrating Gunshot Wound to Right Shin".

(See Exhibit 5 Report of Post Mortem Examination)
(See Also Exhibit 6, Medical chart demonstrating Location of wounds)

86. Opinion:

"The death of this 38-year-old 'black male', Onasus Lloyd, is due to multiple gunshot wounds. (EX.5)

87. Manner of Death; "Homicide"
By: Marta A. Helenowski, MD, Assistant Medical Examiner
(See Ex. 5)

88. According to Nettie Lloyd Johnson (N.L.J) she was summoned to the Maywood Police Department to be informed that there were several suspects in custody, including the one or more of the assailants that Decedent complained to Defendants were trying to, and did, kill him.

89. Per N.L.J. None of the suspects were charged in the shooting death of Onasus Lloyd. NLJ was never contacted again pertaining to the death of her son, though she was told she would be.

90. This fact, in combination with the videos posted on social media of Decedent being murdered and Defendants MPD and Officer/Detectives laughing and joking, has caused V.L., N.L.J, O.L. JR. D.S. and A.W. severe emotional distress, grief, sorrow, mental suffering, severe depression, and mental instability to where they can not thoroughly function in everyday life.

91. Days after the death of Onasus Lloyd, his girlfriend, A.W., was shot at by one or more of the same assailants that Decedent communicated to MPD Defendant Officers and Dectectives wanted him dead, on 8/24/21 and the same assailants one or more that MPD had arrested as subjects in the shooting death of Lloyd but were released back into the community to be a threat to anyone of Decedents family members or loved ones including but not limited to N.L.J.,O.L., JR., D.S., and A.W. Assailants threat to Lloyd's family was forseeable.

92. The shooting of Wesley's car occurred late August 2021 to early September 2021, the car still has the

bullet holes in it. Pictures have been taken and will be presented as an exhibit and evidence at trial.

93. More recently, on June 4, 2022, A.W. was shot at again by the very same individual(s), one or more, who murdered Onasus Lloyd and attempted to murder Desmon Staple. A.W. was forced to move from two of her home locations.

94. To date, no suspects have been charged in the shooting death and Murder of Onasus Lloyd nor in the attempt murder of Desmon Staple, though Lloyd before his death, and A.W., communicated to MPD, i.e., Defendant Officers and Detectives that individuals named "Seth Marino", "Ro Ro", "Joseph", "Sammie", were trying to kill him and had shot at Decedent on multiple prior occasions, therefore, giving them a lead.

95. The MPD, neither the Defendant entity, nor Officers or Detectives, have contacted N.L.J., J.R., D.S., or A.W. to further their investigations into the murder and attempt murder of Decedent and D.S.. Per Decedents Mother, N.L.J., "this deeply saddens me and I have lost faith in the police".

96. Plaintiffs believe and maintain that it is because the victims are African American males why they have not received justice.

97. Plaintiffs maintain that it is the Village of Maywood's (VOM) and Maywood Police Department's (MPD) discriminatory policies, practices or customs, of baselessly and callously, blaming African American male shooting victims for their own injuries and deaths. According to the practices and customs of the VOM and MPD, Affluent and/or poor African American Males, contingent upon their arbitrary thoughts, are drug dealers and gang bangers, and were more than likely involved in criminal conduct which lead to their shooting or death. This is a baseless and distasteful stereotype notion and is insidious when put into practice. MPD training its Officers with this mindset results in individuals like Defendant D.H., C.F., I.S., J.S., A.S., and B.H., who encourage, condone and/or join in the condemned policy, practice, or custom. It leads to them and other MPD officers deliberately, willfully and intentionally, or wantonly failing or refusing to investigate the complaints of African American Male shooting victims. These acts are the moving force and proximate cause of Lloyd's death four days after he complained of being shot, and the cause of the attempt murder of Staple, and the failure is why Wesley is being shot at. These acts violate Plaintiffs Constitutional rights.

98. But for the VOM's and MPD's policy, practice, or custom, referenced above, Defendant officers and Detectives would not have engaged in discriminatory conduct of failing or refusing to investigate Lloyd's shooting on 8/29/2021, because they felt he was a drug dealer or gang banger because of his affluent lifestyle. They also would not have been convinced that he was the cause of ~~involved in~~ his own shooting due to criminal activity by him. But instead, would have been obliged, by policy, to treat him equally, like other residents of Maywood whom they swore an oath to protect and serve,

and treat him like the victim that he was on August 24, 2021, thereby, investigating his complaints of being shot by several assailants, in which the likelyhood exists, that due to their investigatio an arrest of the assailants would have been made between August 24, 2021, or at least August 28, 2021, before 16:50 hours, 4:50 p.m. or sooner. This arrest may have lead to confessions or cooperation by the suspects and the potential filing of charges, prosecution, and imprisonment, or, at least as a deterrent from future violence from assailants toward victims, because in their minds, the Police are now watching them, therefore, let's not do anything to this individual, Onasus Lloyd, that would warrant our re-arrest or get their attention on us.

99.  A public employee's scope of employment consists of activities involving the pursuit of the governmental entity's purpose. It is beyond question of course, that interviewing the alleged victim of a crime is ordinarily an activity well within the scope of a police officers duties. Defendant Officers and Detectives without reason deliberately and callously refused to engage in their duty to investigate Decedents shooting complaint simply because of his affluent lifestyle which in their minds, made him a gang banger and drug dealer. There was no proof or justification for the beliefs, and is discriminatory.

100.  It is axiomatic that the enforcement of law is central to the duties of a police officer. Enforcement activities include compelling or attempting to compel the obedience of another to laws, rules, or regulations, and the sanctioning or the attempt to sanction a violation thereof.

101. The investigation of crimes is a preliminary step in the "sanctioning" of their violations and constitutes law enforcement activity.

102. Defendants deliberately chose not to engage in "law enforcement activity" for Decedent because of who they thought he should be, i.e. drug dealer, gang banger, which is racial discrimination and enabled the assailants the opportunity to complete their initial plan, which was to murder Lloyd, four days later on August 28, 2021; ~~and~~ after their attempt on August 24, 2021, which also allowed for assailants to shoot Desmon Staple; Lloyds 16-year old nephew, and to shoot at his girlfriend Alexis Wesley at later dates.

103. Defendants selectively withdrew police protection from Lloyd as an African American Male and other discriminatory purposes. Their conduct referenced throughout the whole of the complaint is nefarious, invidious and shocks the ~~Concious~~ Conscious.

104. The conduct of Defendant MPD and Defendant Officers and Detectives racial discrimination, withdrawal of police protection, and campaign harassment is so outrageous in character, and so extreme in degree, as to go beyond all bounds of decency, and to be regarded as atrocious, and utterly intolerable in civilized society and has caused Decedent's Family, Plaintiff's V.L., N.L.J., QL., JR., D.S., and A.W., intentional infliction of emotional distress.

105. Contemporary society has come to recognize the profound emotional scars left by racial discrimination and to abhor the barbarity of Police officers treating victims of a crime who are African American with callousness and derision simply because of their race.

106. Onasus Lloyd was victimized in the following ways:

1) Collectively by Defendant MPD and Defendant Officers and Detectives when they engaged in campaign Harassment of him from at least 2016 - August of 2021;

2) When he was shot by assailants;

3) When Defendant Officers and Detectives racially profiled and discriminated against him after being shot; and,

4) When Defendant Officers and Detectives avoided charging any suspects and left him vulnerable to further violent attacks resulting in his death.

107. Desmon Staple was victimized in the following ways:

1) When Defendant Officers and Detectives avoided investigating or charging any suspects in the shooting of Onasus Lloyd and left his family (Lloyd's) vulnerable to violent attacks from suspects;

2) When he was shot by uninvestigated and uncharged suspects

108. Alexis Wesley was victimized in the following ways:

1) Collectively by Defendant MPD and Defendant Officers and Detectives when they engaged in campaign harassment of her and Lloyd from at least 2016 - August of 2021;

2) When Defendant Officers and Detectives avoided investigating or charging any suspects in the shooting of Onasus Lloyd, and left her vulnerable to be shot at by suspects;

3) When she was shot at by assailants; and,

4) When she was forced to move from her home on two occasions for fear of her life.

## CAUSE OF ACTION / COUNT ONE
## MONELL CLAIM

Defendants Village of Maywood, Maywood Police Department and Mayor Nathaniel Booker
Individual and or official capacities

109. Plaintiffs adopt and realleges paragraphs 1-108 as if fully stated and restated herein verbatim.

110. During all relevant periods of time mentioned in the complaint, or a portion thereof, Defendant Village of Maywood

was a local governing body and/or municipality, Defendant Maywood Police Department was a municipality, and Defendant Mayor Nathaniel Booker was a government official capable of creating or eliminating policy, and has discretion to remove bad actors from public service. All were acting within the scope of their duties under Color of State law.

III. Defendants VOM, MPD, and N.B. maintained interrelated de facto policies, practices, and customs which include, but not limited to the following:

1) Failing to properly hire, screen, train, supervise, discipline, monitor, counsel and/or otherwise control police officers who engage in racial profiling or discrimination;

2) Police Code of Silence;

3) encouragement and/or condoning of bad acts or bad actors who engage in racial profiling and discrimination;

4) Failure to properly investigate shootings of African American males; and blaming them for their own shootings or deaths;

5) Failing to properly train and supervise, discipline, monitor, counsel or otherwise control officers who deliberately fail to investigate African American Male Shootings;

6) allowing officers to classify male African American citizens with affluent lifestyles as drugdealers or gang bangers for discriminatory purposes; and,

7) depriving African American males (Lloyd) of equal protections of the law by withdrawing police protection;

112. These Policies, practices, and customs both individually, or any combination thereof were maintained and implemented with deliberate indifference, and encouraged the Defendant officers and Detectives to commit the aforesaid acts against Onasus Lloyd and acted as the moving force and were, separate and together, the direct and proximate cause of his death, and the injuries to Desmon Staple and Alexis Wesley, and the proximate cause of their violations ~~unconsti~~ to their Constitutional rights to equal protection, inter alia.

113. Mayor Nathaniel Booker has final policy making authority and had the power and means to remedy any one or more of the unconstitutional policies, practices, or customs, however, turned a blind eye to them and allowed them to be unleashed unrestrained against residents of his village and Plaintiffs, and is responsible for the violations of their constitutional rights, as he maintained discretion to ~~mov~~ remove bad actors from public service or to at minimum discipline them.

## CAUSE OF ACTION / COUNT TWO
## VIOLATION OF EQUAL PROTECTION 42 U.S.C. ss 1981
## RACIAL DISCRIMINATION

Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku, Jason Smith, Anthony Saraceno, Brandon Hawkins
Individual and/or Official Capacities

114. Plaintiffs, adopt and reallege paragraphs 96-113 as if fully stated and restated herein verbatim, and believes that these paragraphs plead enough facts to warrant/merit Count two, as the paragraphs answers the, 1) who discriminated against Plaintiffs, 2) the type of discrimination that occurred; and 3) when the discrimination occurred/took place.
All Defendants cited above committed the unconstitutional acts under color of State law.

## CAUSE OF ACTION / COUNT THREE
## VIOLATION OF EQUAL PROTECTION 42 U.S.C ss 1983
## CLASS OF ONE

Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku, Jason Smith, Athony Saraceno, Brandon Hawkins

115. Plaintiffs adopt and reallege paragraphs 96-114 as if fully stated and restated herein verbatim, and believes that these Paragraphs plead enough facts to merit Count 3, as the paragraphs answers and shows, 1) A heightened improper motive, 2) Arbitrary Conduct at the hands of Defendants, and 3) that Plaintiffs were treated differently from other similarly situated citizens of Maywood,

All Defendants cited above committed the acts under color of State Law.

## CAUSE OF ACTION / COUNT FOUR
### WRONGFUL DEATH 740 ILCS 180/1, 180/2

Defendants Village of Maywood, Maywood Police Department, Nathaniel Booker, Donna Herrera, Christopher Fuqua, ILir Shemittraku, Jason Smith, Anthony Saraceno, Brandon Hawkins Individual and/or Official Capacities

116. Plaintiffs adopt and reallege paragraphs 1-115 as if fully stated and restated herein verbatim, and believes that the totality of the complaint demonstrates Wrongful Death under the Illinois Wrongful Death Act, 740 ILCS 180/1, 180/2 Plaintiff Vibron Lloyd further Pleads:

1) That the Wrongful acts of failing to investigate Onasus Lloyd's shooting for racially discriminatory purposes was the Cause Cause of his death.

2) Defendants D.H., C.F., I.S., J.S., A.S., and B.H., were operating at the direction of the VOM, MPD, and N.B. and under color of state law.

3) If Onasus Lloyd would have survived his wounds on August 28, 2021, he would have grounds to maintain action against Defendants for recklessly, intentionally, and/or negligently or wantonly failing or refusing to investigate his shooting on August 24, 2021, which lead to the August 28, shooting.

# CAUSE OF ACTION / COUNT FIVE
## SURVIVAL 755 ILCS 5/27-6
## REPRESENTATIVE CAPACITY

117. Plaintiff, Vibron Lloyd, for the Estate of Onasus Lloyd brings this Survival action pursuant to the Illinois Survival Act 755 ILCS 5/27-6 and states as follows:

1) Vibron Lloyd is the sole representative for the Estate of Onasus Lloyd, and prosecutes this claim for personal injury on behalf of Decedent.

2) Had Onasus Lloyd not succumbed to his injuries on August 28, 2021, he would have been permitted to pursue a claim against Defendants Village of Maywood, Maywood Police Department, Mayor Nathaniel Booker, Officers Donna Herrera, Christopher Fugua, Anthony Saraceno, and ~~Christopher~~ Brandon Hawkins, and Detectives Ilir Shemjttraku and Jason Smith, for carrying out discriminatory policies which resulted in withdrawal of police services because he was an African American male, which lead to his death, ~~which~~ and was or should have been forseeable, as he, Lloyd, related to Defendant Officers and Detectives that the named individuals shot him on August 24, 2021. They failed and/or negligently or deliberately refused to investigate or make an arrest because of racial discrimination, as a result, he was murdered four days later on August 28, 2021. Defendants actions, inactions, and/or policies, practices, or customs were the proximate

cause or a substantial factor in the death of Lloyd.

3) Plaintiffs N.L.J. and O.L. suffered pecuniary loss due to funeral expenses of thousands of dollars actual amount to be disclosed soon.

## CAUSE OF ACTION / COUNT SIX
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### ALL DEFENDANTS

118. Plaintiffs adopt and reallege paragraphs 1-117 as if fully stated and restated herein verbatim, and believes that the totality of the complaint argues elements suggesting intentional infliction of emotional distress.

The Willful and intentional, Reckless and callous, and/or deliberate or negligent acts of the Defendants described throughout the Complaint caused Plaintiffs Vibron Lloyd, Nettie Lloyd-Johnson, Oliver Lloyd, Onasus Lloyd JR, Desmon staple, and Alexis Wesley to suffer intentional infliction of Emotional distress.

### VIBRON LLOYD

119. Plaintiff Vibron Lloyd Suffered emotional distress because of the defendants actions and/or inactions regarding his brothers. V.L. was informed of his brothers death and Defendants laughter being on video camera. It caused him to go into a psychotic frenzy and to go into a deep depression. V.L. sought help

4) That he is the Next of Kin and/or Personal representative of Onasus Lloyd.

5) That the Defendants acts were unreasonable and it was forseeable that Lloyd faced future harm from the assailants and further injury was the likely result due to the failure of investigating Lloyd's shooting and the withdrawal of police protection.

6) That He (V.L.), JR., Lloyd's son, N.L.J., Lloyd's mother suffered pecuniary injuries due to Onasus Lloyd's death.

A) Decedent Lloyd was an Artist and performed at several venues and even had an album that was being sold locally and abroad.

B) Decedent, with the proceeds (money) from his performances supported Vibron Lloyd during his incarceration, his mother with rent, medication and food, his son with shelter, clothing, school supplies food, etc., his nieces and nephews, other family and friends.

C) Onasus Lloyd could have eventually, if he would have lived, gotten a record deal or endorsement potentially worth millions.

D) That due to the Decedents murder being caught on camera and the Defendants callous acts of laughing, N.L.J., JR., VL., A.W., D.S., and O.L. have suffered grief, sorrow, mental suffering, and depression.

from mental health in his place of confinement because he began to hurt himself due to his brothers death. Mental health refused to adequately treat him which is the subject of his case in the U.S. District court Vibron Lloyd VS. Wexford Healthsources. Case No. 22-CV-1010

## NETTIE LLOYD - JOHNSON

120. Plaintiff, Nettie Lloyd Johnson, suffered emotional distress, loss of affection, loss of consortium, grief, sorrow, and mental distress. Not only did she see her sons murder on video, she saw the Defendant officers laughing at him or the situation. Further insult was added when she was called to the station to look at suspects, but none were charged. She was forced to look at her son's killer(s) and then watch them go free.

## OLIVER LLOYD

121. Plaintiff, Oliver Lloyd, adopts and realleges the statements of Nettie Lloyd Johnson found in paragraph 121.

## ONASUS LLOYD JR.

122. Plaintiff, Onasus Lloyd Jr, suffered emotional distress, loss of affection, loss of consortium, grief, sorrow, and mental distress. Not only did JR watch his father be violently murdered, due to the racist discriminatory lack of action by Defendants,

he was shot at and nearly killed as well, And to add insult to injury he was arrested as a suspect in his own fathers murder. Village of Maywood's news article will be produced as an exhibit to corroborate the same.

## DESMON STAPLE

123. Plaintiff, Desmon Staple, suffered emotional and mental distress due to the unconstitutional conduct of Defendants. Not only did she watch his uncle get violently murdered due to the deliberate withdrawal of police protection, he himself was almost murdered and was shot through the abdomen.

## ALEXIS WESLEY

124. Plaintiff, Alexis Wesley, suffered emotional and mental distress, due to the harassment of Defendants and their discriminatory acts. Defendants harassed Wesley and their failure to engage in Police activity for Lloyd lead to her being shot at twice and her having to change her home location on two occasions. Wesley is constantly paranoid and feels as though her life is in danger. Wesley also loss consortium, loss affection, and pecuniary loss.

## RELIEF REQUESTED

For Cause of Action one, Monell Claim, against Defendants Village of Maywood, Maywood Police Department, and Mayor Nathaniel Booker, Plaintiff, Vibron Lloyd, for the Estate of Onasus Lloyd requests that Defendants be held liable in their Official and/or Individual capacities and that the Estate of Onasus Lloyd be awarded $4,000,000.00 (Four Million Dollars) for the violation of Onasus Lloyd's Constitutional rights, and that Desmon Staple be awarded $700,000.00 because Defendants policies, practices, or customs, which created the circumstances for his uncle Onasus Lloyd to be murdered, also created the circumstances for him to be shot, which also violates his constitutional rights.

For Cause of Action two Violation of Equal protection 42 U.S.C. ss 1981, Racial Discrimination, against Defendants Donna Herrera, Christopher Fuqua, Ilir Shemttraku, Jason Smith, Anthony Saraceno, and Brandon Hawkins, Plaintiff, Vibron Lloyd, for the Estate of Onasus Lloyd requests that Defendants be held liable in their Official and/or Individual capacities and that the Estate of Onasus Lloyd be awarded $2,500,000.00 (Two Million - Five - Hundred Thousand Dollars) for the violation of Onasus Lloyd's Constitutional rights, and that Desmon Staple be awarded $200,000.00 (Two Hundred Thousand Dollars) because Defendants discriminatory conduct which created the circumstances for Decedents murder, also created the circumstances for him

to be shot, thus, violating his Constitutional rights, and that Plaintiff Alexis Wesley be awarded $200,000⁰⁰ (Two-Hundred Thousand as the circumstances which created Lloyds Murder, also created the circumstances for her to be shot at on two occasions and for her to have to move two times, which also violates her Constitutional rights.

For Cause of Action Three Violation of Equal Protection 42 U.S.C. 1983, Class of One, against Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku, Jason Smith, Athony Saraceno, and Brandon Hawkins, Plaintiff, Vibron Lloyd, For the Estate of Onasus Lloyd, requests that Defendants be held liable in their Official and/or Individual Capacities, and that the Estate of Onasus Lloyd be awarded $2,500,000⁰⁰ (Two Million Five-Hundred Thousand Dollars) for the violation of Lloyds Constitutional rights, and that Desmon Staple, be awarded $200,000⁰⁰ (Two-Hundred Thousand Dollars) for the reasons found in Cause of action two, and that Alexis Wesley, be awarded $200,000⁰⁰ (Two-Hundred Thousand Dollars) for the reasons found in Cause of action two.

For Cause of Action Four, Wrongful Death 740 ILCS 180/1, against Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku, Jason Smith, Anthony Saraceno, and Brandon Hawkins, Plaintiff, Vibron Lloyd, for the Estate of Onasus Lloyd, request that Defendants be held liable in their Official and/or Individual Capacities, and that the Estate of Onasus Lloyd be awarded $1,000,000⁰⁰

(One-Million Dollars) for the Wrongful Death of Onasus Lloyd.

For Cause of action Five, Survival 755 ILCS 5/27-6, against all Defendants, Vibron Lloyd, in his Representative Capacity for Onasus Lloyd, requests that Defendants be held liable in their Official and/or Individual Capacities, and that Onasus Lloyd and his Estate, be awarded $1,000,000 (One-Million Dollars) In Survival for Onasus Lloyd.

FOR CAUSE OF ACTION SIX, Intentional Infliction of Emotional Distress, against all Defendants, Plaintiff(s) Vibron Lloyd request that he be awarded $200,000.00 (Two-Hundred Thousand Dollars), Nettie Lloyd Johnson request that she be awarded $400,000.00 (Four-Hundred Thousand dollars), Oliver Lloyd requests that he be awarded $100,000.00 (one-hundred Thousand dollars), Onasus Lloyd Jr. requests that he be awarded $300,000.00 (Three-Hundred Thousand), Desmon Staple requests that he be awarded $500,000.00, and Alexis Wesley requests that she be awarded $500,000.00 for Defendants infliction - Intentional Infliction of Emotional Distress,

Plaintiff's for all six Causes of actions requests that awards be dispensed in Compensatory Damages and punitive damages and as a deterrent from future Conduct by Defendants.

Respectfully Submitted,
Vibron Lloyd  7:26:22.

## RELIEF REQUESTED

(State what relief you want from the court.)

See: RELIEF REQUESTED

JURY DEMAND　　　　Yes ☒　　　　No ☐

Signed this _____ day of ___July 26___ , 20 22 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Vibron Lloyd | B750161 |
| Address: Illinois River C.C P.O. Box 999 Canton, IL 61520 | Telephone Number: |

8