**PC SCAN**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
08/18/22    **DB**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Vihron Lloyd, FOR THE ESTATE

OF ONASUS Lloyd, et al.,

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

        vs.

THE Village OF Maywood,

Mayor Nathaniel Booker,

Maywood Police Department

Donna Herrera, Christopher Fuqua,

Ilir Shemitraku, Jason Smith,

Anthony Saraceno, And Brandon Hawkins,

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No:_____

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

Supplementary Jurisdiction requested

  ✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

  ✓      **OTHER** (cite statute, if known) 42 U.S.C §§1981, 42 U.S.C §§ 1985(3), 42 U.S.C. §§1986

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Vibron Lloyd

Prison Identification Number: B75061

Current address: Illinois River C.C

P.O. Box 999 Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: The Village of Maywood

Current Job Title: The Village of Maywood

Current Work Address 40 Madison Street

Maywood, IL 60153

Defendant #2:

Full Name: Maywood police Department

Current Job Title: Police Department

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #3:

Full Name: Nathaniel Gorge Booker

2

Current Job Title: _Mayor OF Maywood, IL_

Current Work Address _125 South Fifth Avenue_

_Maywood, IL 60153_

Defendant #4:

Full Name: _Donna Herrera_

Current Job Title: _Police officer Star # 324_

Current Work Address _125 South Fifth Avenue_

_Maywood, IL 60153_

Defendant #5:

Full Name: _Christopher Fuqua_

Current Job Title: _Police officer Star # 323_

Current Work Address _125 South Fifth Avenue_

_Maywood, IL 60153_

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?  Yes ☐  No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒  No ☐

3

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Vibron Lloyd

Prison Identification Number: B75061

Current address: Illinois River C.C

P.O. Box 999 Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Ilir Shemitraku

Current Job Title: Detective Star #314

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #2:

Full Name: Jason Smith

Current Job Title: Detective Star #309

Current Work Address 125 South Fifth Avenue

Maywood, IL 60153

Defendant #3:

Full Name: Athony Saraceno

2

Current Job Title: _Police officer Star # 289_

Current Work Address _125 South fifth Avenue_

_Maywood, IL 60153_

Defendant #4:

Full Name: _Brandon Hawkins_

Current Job Title: _police officer star # 310_

Current Work Address _125 South fifth Avenue_

_Maywood, IL 60153_

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑          No ☐

3

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Maywood Illinois_

Date(s) of the occurrence _2016 - 2022_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1. VIBRON LLOYD, For The Estate of Onasus Lloyd, and on behalf of NETTIE LLOYD JOHNSON, OLIVER LLOYD, DESMON STAPLE, ONASUS LLOYD JR., and ALEXIS WESLEY, brings this Complaint pursuant to 42 U.S.C ss 1983, 42 U.S.C ss 1981, 42 U.S.C. ss 1985(3), 42 U.S.C. ss 1986, and several state law claims including Wrongful Death, 740 ILCS 180/1, Survival under the Illinois Survival Act, 755 ILCS 5/27-6, Civil Conspiracy, Intentional Infliction of Emotional Distress; and a Monell Claim under Monell v. Department of Social Services of New York (1978). And For pecuniary injuries, and loss of society.

2. The above cited parties, Collectively Known as "Plaintiffs" allege that Defendants, Village of Maywood, Mayor Nathaniel Booker, Maywood Police Department, Officer Donna Herrera #324, Officer Christopher Fuqua # 323, Detective Ilir Shemittraku #314, Detective Jason Smith #309, Officer Anthony Saraceno # 289, and Officer Brandon Hawkins # 310, violated their and Decedent, Onasus LLOYD SR's, Federal and State Constitutional rights under Color of State Law and committed several other torts which caused Intentional Infliction of Emotional Distress; grief, sorrow, mental suffering, loss of consortium, loss of com-

5

panionship, severe depression and mental instability. Plaintiff's bring these claims against Defendants in their Individual and/or Official capacities.

## INTRO / FACTS / BACKGROUND

### INTRODUCTION

3. Vibron Lloyd is the Eldest of Dededent Onasus Lloyd's Siblings, and is Next of Kin.

4. The following is an account given to him from Decedent over the years up until the day before Decedent's death on August 28, 2021, and as related by Decedent's then girlfriend and co-Plaintiff, Alexis Wesley, Decedent's mother and co-Plaintiff, Nettie Lloyd-Johnson, Decedent's brother and co-Plaintiff, Oliver Lloyd, Decedent's Son, Onasus Lloyd Jr., and Decedent's Nephew and co-Plaintiff, Desmon Staple, with special insight given by Decedent's Landlord and mentor, Petar Donev.

5. All of the above named individuals have prepared a brief excerpt relevant to who Decedent was and the events leading up to his murder. Each Plaintiff/Witness can and will be called to testify and can attest to the truthfulness of the following made on their behalf. Plaintiff wishes to summarize the renditions of events of each party so as not to present a piecemeal pleading to the Court, so the story may flow eloquently, and so that the story will make sense opposed to varying writings of the Plaintiffs. Plaintiff Vibron Lloyd, hereforth represented as V.L., requests this court's utmost patience

and the exercising of its sagacity.

6. For ease and simplicity, the following abbreviations shall denote the corresponding names. Onasus Lloyd (Decedent) Vibron Lloyd (V.L.) Nettie Lloyd Johnson (N.L.J.), Oliver Lloyd (O.L.), Onasus Lloyd Jr. (Jr.), Desmon Staple (D.S.), Alexis Wesley (A.W.), and Petar Doney (P.D.).

7. For Defendants, Village of Maywood (VOM), Mayor Nathaniel Booker (N.B.), Maywood Police Department (MPD), Donna Herrera (D.H.), Christopher Fuqua (C.F.), Ilir Shemittraku (I.S.), Jason Smith (J.S.), Anthony Suraceno (A.S.), and Brandon Hawkins (B.H.).

## FACTS OF THE CASE
## BACKGROUND

8. Onasus Lloyd, Decedent, before his death on August 28, 2021, was a family oriented man who did shows and performances at clubs, private parties, and colleges with his younger brother. Decedent also worked on cars as a mechanic in his leisure time when he was not performing. (See Exhibit 2, Petar Doney's statement)

9. As a result, Decedent made good money and was able to afford luxury items.

10. Decedent, because of his occupation as an artist,

was ostentacious and very noticeable because of his jewelery, his car, and his condo that he rented from his friend and mentor, Petar Donev (P.D.).

11. However, for the same reasons, Decedent also attracted the attention of the Maywood Police Department (MPD).

12. Because Decedent had a noteable last name, "Lloyd", the MPD assumed he was like his relatives who had frequent brushes with their Department, so they pegged him as a drug dealer and gang member. He was not into that life.

13. IN 2016 Decedent met Alexis Wesley (A.W.) and they began a romantic relationship.

14. Throughout 2016, 2017, 2018, 2019, 2020, up until 2021, Decedent was subject to campaign harassment by MPD, in which on several occasions the MPD and Defendants, Donna Herrera (D.H.) #324, Christopher Fuqua (C.F.) #323, Ilir Shemittraku (I.S.) #314, Jason Smith (J.S.) #309, Anthony Saraceno #289 (A.S.), and/or Brandon Hawkins (B.H.) #310, would show up to Decedents residence with false complaints of "noise" and "disturbing the peace", only to ask how much "crack" he has to sell to maintain rent, or where are the "drugs", where are the "guns", "I bet you're a drug dealer", and "how do you make your money?" The MPD and Defendants, any one or number of them at any given time, would also pull

8

Decedent's car over arbitrarily and without probable cause, only to ask, "how can you afford a car like this", "what's in the trunk", "where are you hiding the drugs", "where are you going, to drop off drugs", and "who did you and your Gangster Disciple Friends shoot the other day", or "who did you and your Vice Lord Friends rob for this", speaking of his watch.

15. Nearly on all of these occasions Decedent's girlfriend A.W. was with him, and various officers of the MPD and/or Defendants would attempt to Elicit information from her, asking her, "tell us where he's keeping the drugs", "where's he hiding the gun", "does he hit you", and, "you won't get in trouble if you tell us".

16. From 2017 - 2022, there have been 15 video recordings of the MPD and any one or more of the Defendants harrassing the Decedent and/or the Lloyd family. V.L. and Family maintains all 15 videos as exhibits and will use them at trial as evidence of the campaign harassment of Decedent and discriminatory actions of the MPD and any one or more of the Defendants.

OFFICIAL DATE: August 24, 2021, Shooting of Onasus Lloyd

17. On August 24, 2021, Decedent and A.W. were in their living room listening to music and watching T.V. when he received a call on his cellphone by an individual attempting to disguise their voice stating that their name was "Mike", and asked Decedent did he have some weed, from an unknown number. Decedent stated that he did not know anyone by that

9

name and that he did not sell weed. Decedent believed that it was an individual and/or individuals named "Seth Marino", and nicknamed "RO RO", "Joseph", and "Sammie", trying to determine if he was home.

18. Decedent was concerned about these individuals and regarded them as armed and dangerous.

19. Decedent was aware of these individuals gang and drug activity in the Maywood area.

20. Decedent came to know these individuals because he was a performance artist and frequented clubs and private parties where these individuals would also be.
    The individuals began to target Decedent because one of their girlfriends liked Decedent and began a romantic relationship with him in 2021.

21. Because the individuals disliked Decedent because he garnered the attention of multiple women via his performances, and didn't like his entourage, which consisted of members of the Lloyd family, they sought violence against him.

22. On three occasions these individual agitators and their "entourage", i.e., gang members, showed up to Decedents Performances to sabotage the event.

10

23. They started fights with Decedant and his entourage and shot up the events.

24. One of the individual agitators named Sammie snatched Decedents chain during one of the brawls and shot at Lloyd.

25. From there, Decedent believed that they or any one of these individuals intended to rob and or kill him and he related that to several family members and friends including, V.L., N.L.J., O.L., A.W., and his landlord, friend, and mentor Petar Donev (P.V.), and eventually 8/24/21, Defendants.

26. (Back to the incident of August 24, 2021)
   After hanging up from the individual attempting to disguise his voice named "Mike", a few minutes later Decedent and A.W. heard their dogs begin to bark very loudly. Decedent got up from the couch and went to the front door. A.W. watched as Decedent went outside the front door. After not seeing anything out of the ordinary Decedent decided to smoke a cigarette. All of a sudden Decedent heard approximately ten gun shots. Two struck Decedent in his upper right thigh and he ran back into the apartment yelling that he had been shot. (See Exhibit 1, p.1 Maywood Police Incident Report 21-15476, by Donna Herrera, (D.H.))

27. A.W. called Maywood Police Department (MPD) communicating that her boyfriend Decedent had been shot.

11

28. This report was made August 24, 2021, at 21:38, or, 9:38 p.m. (See Ex. 1)

29. Defendant Donna Herrera (D.H.) was assigned to the case. (See Ex. 1)

30. D.H. and several other Defendants designated, "assisting officers", (A/O), arri were dispatched and arrived to the residence of Onasus Lloyd (Decedent) and Alexis Wesley (A.W.). (See Ex. 1)

31. Assisting Officers included, A/O #1, Detective Ilir Shemitraku, # 315, A/O #2, Detective Jason Smith, # 309, A/O # 3, Officer Athony Saraceno, #289 #~~~~ A/O # 4, Braddon Hawkins, # 310, and A/O #5, Christopher Fuqua, # 323, (See Ex. 1)

32. Plaintiff A.W. let the Defendant Officers and Detectives in through the front gate which had been locked to insure that the assailants were not able to re-enter the premises.

33. A.W. escorted Defendant, D.H., to the bedroom where Decedent had been shot.

34. D.H. had been speaking with Lloyd for minutes before Defendants I.S., J.S., A.S., B.H., C.F., and another non-defendant, Joseph Escamilla, # 277, entered into the bedroom.

35. Defendant, I.S., upon entering the room told Plaintiff A.W. "you didn't have to shoot him", in a fecetious manner, and

Defendant A.S. immediately after said, in a jocose manner, "Yeah, you didn't have to shoot him".

36. A.W. immediately was infuriated and offended, because not only were Defendants not taking this attempt on her boyfriend's life seriously, but they were baselessly blaming her.

37. A.W. denied shooting Decedent and related to Defendant Officers and Detectives that they, her and Decedent, were listening to music and watching T.V. and Decedent received a call from a guy saying that his name was "Mike" and asking for weed. She related Decedent said he doesn't know a "Mike" and does not sell weed. She related that a few minutes later she heard their dogs barking very loudly and Decedent went to the door and went to the outside of it, She then heard "approximately ten shots" and witnessed Decedent come back running inside yelling that he had been shot. She related she then called the Police.

38. Defendants I.S., J.S., A.S., turned their attention to gun shot Victim Onasus Lloyd.

39. Defendant I.S. lead with the question, "was this an attempt drug deal gone wrong?" "This guy "Mike" he tried to buy weed from you, where's the weed we know you have some." A.S. Chimed in, "how much?" "Has to be alot", "A big timer like you". J.S. Stated where's the gun, we know you shot back at them, was "Mike" a gang rival.

40. Defendants bombarded Decedent with questions pertaining to how much money he made at his shows; how could he afford his car, Jewelery and his home.

41. As related to Plaintiff V.L. from Onasus Lloyd (Decedent) and A.W., the other Defendants D.H., C.F., and B.H. either interjected with inappropriate comments profiling Decedent, or failed to intervene to stop the improper line of questioning of the Victim. (Per phone Call to Decedent on August 25, 2021, August 26, 2021, and August 27, 2021)

42. Decedent called the Defendants racist and told them that he doesn't "sell drugs" and doesn't "gang bang". He related that he raps and does shows and performances to show "Kids" there is a "better way". And that he is "tired of them", i.e. the MPD.

43. Decedent then related to Defendants collectively that the person on the phone "Mike", tried to disguise his voice but sounded like "a dude named "Seth Marino", and that he heard other voices in the background. He related that he thought that this call was a set up by "Seth Marino", "RO RO", "Joseph" and/or "Sammie" to see if he was home and "to "trick" him to "come outside" to "kill" him, or "rob" him.

44. Defendant J.S. again asked, "so ' these' are rival gang members"? Decedent then told them again that he was not in a gang, so they are not rival gang members, but "dudes" he "got into it with

14

over a girl and because they start fights and shoot at his shows".

45. Defendant I.S. told Decedent they "weren't" going to "help" him unless he could be honest about what he was doing and what role he was playing in the entire situation.

46. Defendant A.S. then turned his attention to A.W., along with Defendant J.S., asking her to give them information on Decedents affairs, i.e., how he makes money, where is he hiding drugs and guns, were they in the immediate ("here") "location" or at "another location", and gave her a card with MPD information on it in case she "remembered" anything.

47. Plaintiff A.W. told them that they were "bogus", that the Decedent was shot and bleeding and that they should be trying to help him stop the bleeding and not harassing them, and said "No thankyou" to the card.

48. Defendant J.S. said they were just trying to help her and asked her does "he" beat "her. She walked away.

49. Defendants A.S. and J.S. then turned their attention back to Decedent, who was still talking to Defendant I.S. and another Officer.

50. Defendant J.S. and I.S. stepped to the side speaking in a hushed voice.

51. Defendant I.S. then came back to Decedent and impatiently said, "dude, are you gonna tell us the truth or what."

52. Decedent emotionally charged with tears in his eyes because of the searing hot bullets which penetrated his body that caused excruciating pain, exclaimed, "Fuck you racist motherfuckers I told y'all what happened, some niggas tryna kill me and I told y'all who it was and y'all study asking me dumbass questions." "That's crazy, y'all a let a nigga die": (as related by Lloyd)

53. Per Plaintiff V.L's phone call with Decedent and A.W. one of the Defendant officers or detectives in response to Decedent's statement said, "Good, one less ~~Monkey~~", in a low voice. (The totality of these exchanges lasted minutes)
(Defendant Officers and Detectives also gave an ~~incomplete~~ incident report)

54. This statement by Victim, Onasus Lloyd, now decedent was his last statement to the Defendants. Defendants did not write down Decedents statements though they found several bullets from several guns

55. The Maywood Fire Department transported Decedent to Loyola Medical Center at approximately 21:52 hours, or, 9:52 p.m. (Ex 1) Workflow status on the 8/24/21 incident was closed in hours. (EX1)

56. Plaintiff V.L. received news that his brother had been shot from the Decedent himself. Decedent was released from Loyola Hospital and spoke to V.L. via jails call on August 25, 26 and 27, 2021.

(Exhibit 1, Demonstrates that the workflow status on the 8/24/21 incident was last modified 8/25/2021 at 9:55 a.m. and considered Closed showing a lack of investigation)

16

57. Plaintiff V.L. told Decedent to place him on speaker so that A.W. could hear him as well, and vice versa.

58. V.L. communicated to his brother and A.W. that they needed to tell him everything that happened pertaining to the assailants and pertaining to the Defendant Officers.

59. When hearing Decedent tell the story of the events, he seemed more disappointed and heartbroken with the way he was and had been treated by the MPD and Defendants; rather than assailants.

60. Plaintiff requests that the Court excuse the following epithet but in some of the last words of Onasus Lloyd; "I expected them niggas to try to kill me, but these racist ass police are supposed to protect and serve you", "this shit a joke", "I'm out here doing shows at schools, birthday parties, and community events and these people tryna make me out to be a King Pin." "Bro, you know that aint my lifestyle, that aint for me, and that's not what I want for my kids." "I'm tryna make a change, but it's hard".

61. Plaintiff V.L. took multiple statements from his brother and A.W. which is how he was able to accurately recount the events leading up to August 24, 2021. (Plaintiff compiled the notes he had written regarding Decedents and A.W.'s statements 62. while drafting this Complaint)

17

Exhibit 4

# Medical Examiner Investigations
## Case Report
## ME2021-08022

**Companion Case to:**

**Case Type:** Forensic Institute

**Initial Impression:** 38 y/o MGSW

## Decedent / Subject

**Deceased Name:** ONASUS LLOYD

**Deceased DOB:** 10/03/1982

**Deceased Gender / Race / Age:** Male / Black / 38 Y

**Deceased Home Address & County:**

Maywood, IL 60153
County: Cook County

**Deceased Phone:**

**Social Security:** 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

## Notification

**Date:** 08/28/2021     **Time:** 6:06:34 PM

**Name:** NURSE MCGUIRE

**Title:** RN

**Star:**

**Telephone Number:**

**Agency or Institution making notification:** LOYOLA UNIVERSITY MEDICAL CENTER

**Beat:**

**Police Report #:**

## Discovered

**Discovered by:**

**Address:**

**Phone:**

**Title:**

**Relationship:**

**Last known alive:** Unknown

**Discovered Date/Time:**

Exhibit 4

# Medical Examiner Investigations
# Case Report
# ME2021-08022

**CPR performed:** N/A

**Condition of body:** MGSW

## Place of Occurrence / Incident

**Address where ORIGINAL Incident occurred:** 1206 ORCHARD AVE Maywood, IL 60153

**County of Occurrence:** Cook County

**Type of Premises:** RESIDENCE

**Time of occurrence:** 5:00:00 PM

**Date:** 08/28/2021

## Identification of Deceased:

**Positive Identification:** Family

**Identification Means:** Visual-Family

**Additional ID Info:**

## Pronouncement

**Place deceased pronounced:** In hospital-ER

**Method of Pronouncement:** View

**Hospital:** LOYOLA UNIVERSITY MEDICAL CENTER

**Date and Time:** 8/28/2021 5:15:00 PM

**Pronounced by:** Dr. Pham

**Fire Department on Scene:** Maywood FD

## List of Person Interviewed

Name / Relationship or title / Address / Phone Number:

NURSE MCGUIRE                RN

Exhibit 4

# Medical Examiner Investigations
# Case Report
## ME2021-08022
### Next of Kin

**Next of Kin Name:**   NETTIE JOHNSON

**Contact Info:**   708-845-8860

**Next of Kin notified:**   ☑

### Narrative

On 28Aug2021 at 1806 hours, Nurse McGuire of Loyola University Medical Center contacted the Forensic Institute to report the death of 38-year-old ONASUS LLOYD. LLOYD was brought into their emergency room with multiple gunshot wounds after a witnessed shooting. Loyola University Medical Center documented this incident under their medical records number 1605037. The Maywood Police Department would later notify that this incident was documented under their records number 15759. Investigator DePew of the Institute was assigned the investigation, which will be documented under Medical Examiner's case number ME2021-08022.

According to Nurse McGuire, LLOYD came into their emergency room at 1711 hours with numerous gunshot wounds to the head and chest area and was pronounced by Dr. Pham at 1715 hours. Nurse McGuire did not know specifics pertaining to motives or offenders but knew that LLOYD was shot along with his nephew, Desmon Staple, while they were at 1206 Orchard Ave, Maywood, IL 60153. She did not know whose residence that was, as it differed from LLOYD's home of record. The incident took place at about 1700 hours. Nurse McGuire reported no concerns for COVID-19. LLOYD's nephew Mr. Staple was later discharged. The Maywood Police related that as LLOYD and Desmon Staple were standing on the street, an unknown vehicle drove up to LLOYD. Several unknown offender(s) exited the vehicle, produced unknown type handguns, fired multiple shots and striking LLOYD multiple times. The unknown offender(s) fled the scene in an unknown direction.

LLOYD's remains were ordered into the Institute for examination and further investigation by a Forensic Pathologist. There was no further available information to report at the time of this writing. About 60 shell casings (.9 mm and .40 caliber) were recovered at this time. No weapons or drugs were found and no offenders are in custody.

### Pertinent Information

**Scene:**   ☐

**RI Date/Time leaving for scene from office:**

**RI Arrival on scene - time:**

**RI Departure from scene - time:**

**RI arrival at Institute:**

**Point of contact:**   NURSE MCGUIRE

# Medical Examiner Investigations
## Case Report
### ME2021-08022

**Temperature of Environment:**  UNKNOWN

**Medications/Drugs on scene:**

| Drug Name | Pharmacy<br>Physician Name<br>Phone No | Rx No<br>Rx Date<br>Dosage<br>Name on Bottle | Number Issued<br>Number Left | Note |
|---|---|---|---|---|

**Photographs taken on scene:**  False

## Medical History

**General Medical History:**  UNKNOWN

**Attending Physician:**  UNKNOWN

**Last Contact with physician:**  Unknown

End of Report

_____   _____

**Investigator**                          **Reviewer**

**Date and Time completed:**  8/28/2021 7:03:22 PM

**OFFICE OF THE MEDICAL EXAMINER - COUNTY OF COOK**
**CLOTHING / PERSONAL EFFECTS INVENTORY**

**CASE NO.**
ME2021-08022

TRANSPORTER SIGNATURE:

AUTOPSY TECH: Jonathan Hammond
DATE: 8/28/2021 9:11:38 PM

DATE:   8/28/2021 9:16:55 PM
AGENCY: ALLIED SERVICE GROUP INC (ASG)
BADGE:   380
BEAT:

CLOTHING

| QUANTITY / COLOR / NAME | DESCRIPTION |
|---|---|
| 1 Black T-Shirt | |
| 1 Multi-Colored Underpants | |

PERSONAL EFFECTS

| QUANTITY / COLOR / NAME | DESCRIPTION |
|---|---|
| 1 Yellow Metal Necklace | clear stones |
| 2 Yellow Metal Ear Ring | |
| 2 Multi-Colored Ring | |

ME2021-08022

# COOK COUNTY MEDICAL EXAMINER'S OFFICE
## RELEASE RECORD

Release Date and Time Tuesday 9 September 2021 @ 5:20 pm

F.H. Johnson  Address 4185. Cicero

Name of Funeral Director (Please Print) Fallon C Moore

F.D. Signature Fallon Moore  F.D. Lic# D33. 0313113

Name of Deceased Onasus Lloyd

DOD: 8/28/21

DOB: 10/3/82

HT: 71

WT: 139

By affixing their initials below, all parties indicate that they have examined the toe tag for the decedent and that it matches with the release documents and other related materials, and that there has been compliance with all Medical Examiner policies relating to the release of remains.

(DO NOT INITIAL BELOW UNTIL TOE TAG IS ATTACHED AND CASE NUMBER AND NAME HAS BEEN VERIFIED)

F.H. _____

A.T. _____

INTAKE _____

CASE# ME2021-08022

Toe Tag Attached _____

Property _____  1st ☑  2nd ☐

Clothing ☑  Money ☐

Cubby # _____

Records Updated (?) _____

RELEASED BY: _____

Exhibit 5

# OFFICE OF THE MEDICAL EXAMINER
## COUNTY OF COOK, ILLINOIS

COOK COUNTY
MEDICAL EXAMINER

### REPORT OF POSTMORTEM EXAMINATION

THIS CERTIFIED COPY VALID
OR SIGNATURE

5/9/22

**NAME** LLOYD, ONASUS                    **CASE NO.** ME2021-08022

**AGE** 38    **RACE** BLACK    **SEX** MALE    **DATE OF DEATH** AUGUST 28, 2021

**DATE EXAMINED** AUGUST 29, 2021 (7:50AM)    **EXAMINED BY** Marta A. Helenowski, MD

### EXTERNAL EXAMINATION

The body is received unclothed.  Accompanying the body is a black t-shirt and multicolored underwear.

The body is that of an adult black male, weighing 139 pounds, measuring 71 inches in length, and appearing the recorded age of 38 years.

Appropriate identification tags are present on the body.

The hair on the head is short and black.  The eyes are closed. The irides are brown.  The skeleton of the nose is intact.  The teeth are natural.  The earlobes are unremarkable.  On the neck, there are circumferential tattoos present.  On the chest, a tattoo is present.  On the abdomen, a tattoo is present.

The external genitalia are those of an adult male.

The upper extremities are symmetrical.  Numerous tattoos are present on both arms and forearms.  The fingernails are long and dirty.  The toenails are short and clean.

On the back, a tattoo is inscribed.  The buttocks are unremarkable.  The anus is atraumatic.

### EVIDENCE OF MEDICAL INTERVENTION

1.    An endotracheal tube is present in the mouth.

2.    On the right anterior thigh, two bandages are noted.

LLOYD, ONASUS                                        Page 2
ME2021-08022

## EVIDENCE OF INJURY

**MULTIPLE GUNSHOT WOUNDS:**

1.    SUPERFICIAL GUNSHOT WOUND TO FOREHEAD:

On the forehead, there is a gunshot wound of entrance, located 2 inches beneath the top of the head in the midline measuring 0.25 inches with slight stellate appearance.  The wound does not penetrate the cranial cavity or brain.  Minute fragments of metal jacket and lead projectile are noted in the perimeter of the wound.  The frontal lobes of the brain appear hemorrhagic (due to impact of the bullet against the frontal bone).  There is no evidence of close range-of-fire.

2.    PERFORATING GUNSHOT WOUND TO RIGHT CHEST:

On the right side of the chest, there is a gunshot wound of entrance, located 19 inches beneath the top of the head and 3 inches to the right of the anterior midline.  The wound measures 0.25 inches with an eccentric rim of abrasion between the 10 to 2 o'clock position.  The wound involves the skin and subcutaneous tissue, the ribcage (below the 5th rib), the right lower and upper lobe of the lung, and the posterior ribcage.  On the right posterior back, there is a gunshot wound of exit, located 20 inches beneath the top of the head and 4 inches to the right of the posterior midline, where there is a lacerated gunshot wound of exit, 0.5 inch.  The wound path is front to back and slightly downward.  Examination of the gunshot wound of entrance does not reveal evidence of close range-of-fire.

3.    PERFORATING GUNSHOT WOUND TO RIGHT ARM:

On the right arm, there is a gunshot wound of entrance, located 19 inches beneath the top of the head measuring 0.4 inches with an eccentric rim of abrasion between the 4 to 6 o'clock position, 0.5 inch.  The wound involves the skin and subcutaneous tissue, the musculature of the right arm, and slightly above the gunshot wound, there is a gunshot wound of exit, located 18.5 inches beneath the top of the head, where there is a lacerated gunshot wound of exit, 0.4 inch. Examination of the gunshot wound of entrance does not reveal evidence of close range-of-fire.  The wound path is right to left and slightly upward.

LLOYD, ONASUS                                              Page 3
ME2021-08022

4.   PERFORATING GUNSHOT WOUND TO RIGHT WRIST:

On the medial posterior right wrist, there is a gunshot wound of
entrance, located 32 inches beneath the top of the head.  The
wound measures 0.2 inches and appears circular and has a
concentric rim of abrasion, 0.2 inch.  The wound involves the
skin and subcutaneous tissue, the musculature and bones of the
right wrist (fractures are noted of the radius and ulna and an
open fracture) and two exit wounds, located 32 inches beneath
the top of the head measuring between 0.75 and 1 inch
respectively.  The wound path is left to right.  Examination of
the gunshot wound of entrance does not reveal evidence of close
range-of-fire.

5.   PENETRATING GUNSHOT WOUND TO LEFT CHEST:

On the left chest, there is a gunshot wound of entrance, located
16 inches beneath the top of the head and 8.5 inches to the left
of the anterior midline.  The wound measures 0.25 inches and
displays a concentric rim of abrasion in the 1 to 6 o'clock
position.  The wound involves the skin and subcutaneous tissue,
tunnels along the back side, and there is a lodged bullet off to
the right of the posterior midline in the midback.  The wound
path is left to right.  Examination of the gunshot wound of
entrance does not reveal evidence of close range-of-fire.

6.   PERFORATING GUNSHOT WOUND TO RIGHT THIGH:

On the right thigh, there is a gunshot wound of entrance,
located 41 inches beneath the top of the head.  The wound
measures 0.25 inches and displays an eccentric rim of abrasion
in the 1 to 4 o'clock position.  The wound involves the skin and
subcutaneous tissue, and there is an exit wound located 36
inches beneath the top of the head, lacerated, 0.4 inch.
Examination of the gunshot wound of entrance does not reveal
evidence of close range-of-fire.  The wound path is left to
right and upward.

7.   PERFORATING GUNSHOT WOUND TO RIGHT THIGH:

On the right medial thigh, there is a gunshot wound of entrance,
located 40 inches beneath the top of the head measuring 0.25
inches with a concentric rim of abrasion.

LLOYD, ONASUS                                            Page 4
ME2021-08022

The wound involves the skin and subcutaneous tissue, and there
is an exit wound located 41 inches beneath the top of the head
measuring 0.4 inches.  The wound of exit appears lacerated.  The
wound path is left to right.  Examination of the gunshot wound
of entrance does not reveal evidence of close range-of-fire.

8.   PENETRATING GUNSHOT WOUND TO LEFT BUTTOCK:

On the left buttock, there is a gunshot wound of entrance,
located 36 inches beneath the top of the head measuring 0.25
inches with an eccentric rim of abrasion between the 6 to 9
o'clock position measuring 0.1 inch.  The wound involves the
skin and subcutaneous tissue, the musculature of the buttock,
and a lodged bullet is recovered from the left lateral flank
area.  The wound path is front to back and upward.  Examination
of the gunshot wound of entrance does not reveal evidence of
close range-of-fire.

9.   PENETRATING GUNSHOT WOUND TO LEFT BUTTOCK:

On the left buttock, there is a gunshot wound of entrance,
located 36.5 inches beneath the top of the head measuring 0.3
inches with an eccentric rim of abrasion between the 5 to 9
o'clock position.  The wound involves the skin and subcutaneous
tissue, and the musculature of the left thigh and in the left
lateral thigh, there is a metal jacketed bullet recovered.  The
wound path is downward and slightly front to back.  Examination
of the gunshot wound of entrance does not reveal evidence of
close range-of-fire.

Note: There is an associated gunshot wound of exit, located 32
inches beneath the top of the head measuring 0.5 inches.

10.  PENETRATING GUNSHOT WOUND TO RIGHT SHIN:

On the right shin, there is a gunshot wound of entrance, located
16 inches above the sole of the foot measuring 0.4 inches with
an associated laceration below, 3 inches in length.  The wound
involves the skin and subcutaneous tissue, the tibia (fracture
is noted), and deformed lead bullet fragments present in the
area are recovered.  The wound path is front to back and
downward.  Examination of the gunshot wound of entrance does not
reveal evidence of close range-of-fire.

LLOYD, ONASUS                                                    Page 5
ME2021-08022

## X-RAY EXAMINATION

Radiographs of the body are examined.  Minute fragments are present in the subcutaneous tissue of the forehead, radiopaque projectile is noted in the back, the right buttock, the left hip, and left lateral thigh.  Multiple fragments are noted in the right calf, below the knee and right thigh.

A metal rod is present in the right femur with pins (there are associated scars present on the body).

## INTERNAL EXAMINATION

**Body Cavities:**  The body is entered by a Y-shaped incision.  All organs are present in their usual anatomic positions and present their usual anatomic relationships.  Hemorrhage is noted in the right and left chest cavity; approximately 1.5 L in the right chest and 0.5 L in the left chest.

**Neck Organs:**  The anterior muscles of the neck reveal no evidence of hemorrhage.  The cartilages of the larynx and epiglottis are intact.  The hyoid bone is intact.  Examination of the tongue reveals no evidence of injury.  The thyroid gland is without special note.

**Respiratory System:**  Evidence of injury is present. The right lung weighs 246 grams (2 defects through lung are noted).  The left lung weighs 226 grams.  The lungs are diffusely congested and purple in their dependent portions.  No thromboemboli are present in the pulmonary arteries.  The trachea and bronchi contain clear secretions.  On cut section, the pulmonary parenchyma displays congestion.

**Cardiovascular System:**  The heart weighs 275 grams.  The coronary arteries pursue their usual anatomic course and are without special note.  The valves of the heart are unremarkable.  On cut section, the myocardium displays no focal pathologic change.  The chambers and the valves exhibit the usual size-position relationship and are unremarkable.  The aorta appears unremarkable.

**Hepatobiliary System:**  The liver weighs 1214 grams.  The liver is pale brown and smooth with sharp margins.  On cut section, the hepatic parenchyma is light (pale) brown.  The gallbladder

LLOYD, ONASUS                                              Page 6
ME2021-08022

and biliary tract pursue their usual anatomic course and display
no evidence of pathologic change.

**Hemolymphatic System**:  The spleen weighs 42 grams.  The spleen
is gray with a smooth capsule.  On cut section, the splenic
parenchyma is red to brown.  No lymphadenopathy is noted.

**Gastrointestinal System**:  The esophagus is without special note.
The stomach contains a few milliliters of tan fluid.  The
duodenum, small and large intestine are without special note.
The appendix is present.

**Genitourinary System**:  The right kidney weighs 138 grams.  The
left kidney weighs 147 grams.  The renal capsules strip with
ease.  The external surfaces of the kidneys are red to brown and
smooth.  On cut section, the renal parenchyma is red to brown.
The renal pelves, ureters, and urinary bladder are without
special note.

**Endocrine System**:  The pancreas and adrenal glands are without
special note.

**Musculoskeletal System**:  Evidence of injury is present.

**Central Nervous System**:  The scalp displays evidence of injury.
On reflecting the scalp, there is subgaleal hemorrhage in the
frontal area of skull.  The skull is intact.  On entering the
cranial cavity, there is intracranial hemorrhage at the site of
gunshot impact; frontal lobes (subarachnoid hemorrhage).  The
leptomeninges are without special note.  The brain weighs 1430
grams.  Serial sections of the brain reveal no focal areas of
pathologic change.  Fluid blood is noted in the dural sinuses.
The vessels at the base of the brain are without special note.

### SPECIMENS

1.    Samples of vitreous, central blood, cavity blood, and urine
      are submitted to the toxicology laboratory.

2.    A blood card is retained.

3.    Tissue samples are retained in a stock container.

4.    Evidence Inventory: DNA card, buccal swabs, projectiles and
      fragments of projectiles retained from the body and

LLOYD, ONASUS                                                    Page 7
ME2021-08022

     clothing as well as selected articles of clothing are
submitted to a representative of Chicago Police Department.

### PATHOLOGIC DIAGNOSES

1.   Multiple gunshot wounds (refer to autopsy report).

2.   Toxicology results (refer to toxicology report).

### OPINION

The death of this 38-year-old black male, ONASUS LLOYD, is due
to multiple gunshot wounds.

**MANNER OF DEATH**:  Homicide


*Marta A. Helenowski, M.D.*
_____
    Marta A. Helenowski, MD
  Assistant Medical Examiner


        4/4/2022
       _____


WTT:jm
J: 369252
D: 09/03/21@13:59
T: 09/04/21@21:24

Exhibit

# OFFICE OF THE MEDICAL EXAMINER
## COUNTY OF COOK, ILLINOIS

NAME  LLOYD, ONASUS

CASE # ME2021-08022

AGE  38 Y   SEX  Male    RACE  Black

HT   71   in.  WT  139  lb    TECH  SHERRY, WILLIAM

LIVOR

RIGOR

DATE  8/19/2021    TIME  7:50

AUTOPSY STATION

WEARING

ACCOMPANYING

RADIOGRAPHS
H/N

C

A/P

UE

LE



OFFICE OF THE MEDICAL EXAMINER,
**COUNTY OF COOK, ILLINOIS**

NAME  LLOYD, ONASUS

CASE #  ME2021-08022

AGE  38 Y   SEX  Male   RACE  Black

HT  71  in.  WT  139  lb   TECH  SHERRY, WILLIAM

DATE  8/29/2021   TIME  7@:50

AUTOPSY STATION  2

LIVOR

RIGOR

WEARING

ACCOMPANYING

RADIOGRAPHS



L   R       R   L

WEARING notes: Full T shirt / multiple (bullet wounds)

— lesions in cranial cavity
— metal rod in R femur (w/pin)
— bullets: back, right buttock, left hip
— L lat thigh
— fx R tibia / fibula
— multiple frags / middle right knee/below

ext / x/Br. / EL tube

defect fx (open)

ext (x2)

Bandyl

holding frags

ext

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 550- Civil Rights Heaville.96

B. Approximate date of filing lawsuit: 12/19/2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibron Lloyd, Erick wilson, otis Jackson

D. List all defendants: City of Brwyn, Timothy Keske, George Audiffred, Unknown Sgt.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: Thomas John Z. Lee

G. Basic claim made: 550- Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 06/05/2017

I. Approximate date of disposition: 10/31/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                                  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555- Prison Condition Harwonda

B. Approximate date of filing lawsuit: 01/33/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Firos M. Ayoubi, Leon Banks, Vibran L. Lloyd Charta Johnson, Josimar barita

D. List all defendants: Thomas J. Dart, John Murphy Daryl Howell, Michael Dembo3z, Tyree Currie, Sgt. Nonne

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: ~~Vin~~ Charles R. Norgle Sr

G. Basic claim made: 555- Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/31/2017

I. Approximate date of disposition: 05/10/2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _55C - Civil Rights_
_117cv0028_

B. Approximate date of filing lawsuit: _01/3/2017_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vibon Lloyd, Erick Wilson, Otis Jackson_

D. List all defendants: _City of Berwyn, Brad Mang, Nicholas Schwarz_
_Richard J. Novotny_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Nother District Jamemn Court_

F. Name of judge to whom case was assigned: _Judge: Cox_
_Elaine E. Buckio_

G. Basic claim made: _55C - Civil Rights_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 01/11/2017_

I. Approximate date of disposition: _05/25/2018_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 550-Civil Rights 11cv377

B. Approximate date of filing lawsuit: 01/17/2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibren Lloyd, Erick Sorison, Chis Jackson

D. List all defendants: Village of Maywood, Eli Johwillis,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northen District Federal Court

F. Name of judge to whom case was assigned: Judge: Jose Jorge L. Alonso

G. Basic claim made: 550- Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 03/27/2017

I. Approximate date of disposition: 03/27/2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _550- Civil Rights_
_117cv9825_

B.   Approximate date of filing lawsuit: _12/27/2017_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vibron Lloyd, Eric Kwilson, Otis Jackson_

D.   List all defendants: _Village of Maywood, Maywood Police_
_Department, Maywood Fire Department_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Federal Court_

F.   Name of judge to whom case was assigned: _Judge : ____
Edmond E. Chang_                                        .

G.   Basic claim made: _550 - Civil Rights_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 03/13/2018_

I.   Approximate date of disposition: _03/14/2018_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.     List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.     Name of case and docket number: SSc - Civil Rights
11SCv191

B.     Approximate date of filing lawsuit: 01/10/2018

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: Vihan Lloyd, Erick wilson, otis Jackson

D.     List all defendants: City of Chicago fermi Arunkumar
Mary E. Marik, Antonia Mayorga

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.     Name of judge to whom case was assigned: Judge: Littled
Andrea R. Wood

G.     Basic claim made: SSC - Civil Rights

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 07/31/2018

I.     Approximate date of disposition: 08/29/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: Mental Health treatment
1:22-cv-01010

B.   Approximate date of filing lawsuit: January, 12, 2022

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
Vibron Lloyd

D.   List all defendants: Tiffanie, Clarke , Rob Jefferies
Wexford Health sources

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District of Illinois

F.   Name of judge to whom case was assigned: Joe Billy McDade

G.   Basic claim made: Mental health treatment

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I.   Approximate date of disposition: Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Lloyd v. Hinthorne et al.,
1:20CV05118

B. Approximate date of filing lawsuit: 03/05/2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vipron Lloyd

D. List all defendants: Cherryle, Hinthorne, Amalia Manning,
Heather Bergmooser, Kurt K. osmundson, Vipin Shah

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Rock island Division federal Court

F. Name of judge to whom case was assigned: Chief Judge:
Sara Darrow

G. Basic claim made: deliberate indifference to a serious Medical need.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending.

I. Approximate date of disposition: pending.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Lloyd V. Hinthorne et. al,
1:21CV01111

B. Approximate date of filing lawsuit: 4'8'2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
Vibron Lloyd

D. List all defendants: Cherryle, Hinthorne, Kurt K. Osmundson,
Trey Bergermen, Tonya english, Christine Lindsey,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District Federal Court

F. Name of judge to whom case was assigned: Joe Billy McDade

G. Basic claim made: Medical Need

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: 550- Civil Rights
113CV6943

B.  Approximate date of filing lawsuit: 03/26/2013

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vibran Hoyd, Erick wilson, Chis Jackson

D.  List all defendants: Elilah willis, Det. Diaz
Charles, porter

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.  Name of judge to whom case was assigned: Judge: Valdez Maria

G.  Basic claim made: 550.- Civil Rights

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 03/22/19  03/06/18

I.  Approximate date of disposition: 02/22/19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: 555 - Prison Condition 11 cv 8934

B.   Approximate date of filing lawsuit: 11/15/2013

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibion Lloyd, Erick Willson, Otis Jackson

D.   List all defendants: Thomas J. Dart

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.   Name of judge to whom case was assigned: Judge: Der yeghiayan

G.   Basic claim made: 555 - Prison Condition

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/09/2014

I.   Approximate date of disposition: 03/28/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Civil Rights
   1:13cu0871D

B. Approximate date of filing lawsuit: 12/05/2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   Vibren Lloyd, Erick wilson, Otis Jackson

D. List all defendants: Thomas J. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Samuel Der-yeghiayan

G. Basic claim made: Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/21/2014

I. Approximate date of disposition: 01/22/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Civil Rights_
_113CV09263_

B.    Approximate date of filing lawsuit: _12/26/2013_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vibron L. Lloyd, Erick wilson, Otis Tackson_

D.    List all defendants: _Frank A. Desquale, Cmdr. franklin_
_Bellwood Employees, R. Stanfel, Z. Beck_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District federal Court_

F.    Name of judge to whom case was assigned: _Jeffrey T. Gilbert_

G.    Basic claim made: _Civil Rights_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 04/20/2015_

I.    Approximate date of disposition: _04/20/2015_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: 550- Civil Rights
11 cv 2204

B.   Approximate date of filing lawsuit: 12/26/2013

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vibron Lloyd, Erick Wilson, Chris Jackson

D.   List all defendants: Ronald M. Serpico, Sam C. Pitassi
Steven Pesce, Det. Guist Det. Scudiero Sgt. Nowicki

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.   Name of judge to whom case was assigned: Judge: Vallez -
Gary Feinerman

G.   Basic claim made: 550- Civil Rights

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 04/10/2015

I.   Approximate date of disposition: 04/10/2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555- Prison Condition 14cv0069

B. Approximate date of filing lawsuit: 01/05/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibron Lloyd, Eric wilson, otis Jackson

D. List all defendants: Thomas J. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal court

F. Name of judge to whom case was assigned: Judge: Samuel Der-yeghiayan

G. Basic claim made: 555-prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/20/2016

I. Approximate date of disposition: 01/20/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: 555- Prison Condition
     1140008523

B.   Approximate date of filing lawsuit: 01/15/2014

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
     Vibron Lloyd, Erick Wilson, Otis Jackson

D.   List all defendants: Michael T. Strianese, Robert B. Millard
     Thomas J. Dort

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District federal court

F.   Name of judge to whom case was assigned: Judge late
     Samuel Der-Yeghiayan

G.   Basic claim made: 555- Prison Condition

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 02/18/2014

I.   Approximate date of disposition: 02/19/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: S55- prison Condition
   114cv0669

B. Approximate date of filing lawsuit: 01/27/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   Vibran Lloyd, Erick wilson, Otis Jackson

D. List all defendants: Thomas J. Dort

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge:
   Samuel Der-Yeghiayan

G. Basic claim made: 555- prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 02/18/2014

I. Approximate date of disposition: 09/25/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Civil Rights
117CVC0038

B. Approximate date of filing lawsuit: 01/03/2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibira Lloyd, Erick Wilson, Otis Jackson

D. List all defendants: City of Berwyn, Brad Mann, Nicholas Schavone, Richard J. Novotny

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Elaine E. Bucklo

G. Basic claim made: Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/11/2017

I. Approximate date of disposition: 05/25/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: 550 - Civil Rights 114CV6478

B.  Approximate date of filing lawsuit: 08/20/2014

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibron Lloyd, Erick Wilson, Otis Jackson

D.  List all defendants: Elijah Willis, Dennis Diaz, Charles Porter George Bonge, Daryll Cooley, Cooper. C

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.  Name of judge to whom case was assigned: Judge: SotherKing John J. Tharp, Jr

G.  Basic claim made: Prisoner Civil Rights

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 11/07/2014

I.  Approximate date of disposition: 11/10/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555- Prison Condition
11cv-1780

B. Approximate date of filing lawsuit: 05/01/2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Wilson Lloyd, Erick Wilson, cris Jackson

D. List all defendants: Thomas T. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: Otte
Samuel Der-yeghieyan

G. Basic claim made: 555- Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 08/25/2016

I. Approximate date of disposition: 08/26/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.     **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.     Name of case and docket number: 550-Civil Rights
116-cv9996

B.     Approximate date of filing lawsuit: 10/30/2016

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
Vibra Lloyd, Erick Wilson, otis Jackson

D.     List all defendants: Robert Fischer, Jose pelayo,
City of Chicago

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.     Name of judge to whom case was assigned: Judge: Rostaad
Sara L. Ellis

G.     Basic claim made: 550-Civil Rights

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/09/2019

I.     Approximate date of disposition: 01/09/2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                                Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: 550-Civil Rights  
     11cv1001d

B.   Approximate date of filing lawsuit: 10/24/2016

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____  
     Vimon Lloyd, Eric Wilson, Otis Jackson

D.   List all defendants: Nichola Schiavone, Brad Mann, Richard J.  
     Novatny, City of Berwyn

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal court

F.   Name of judge to whom case was assigned: Judge: Afsar  
     Michael T. Mason

G.   Basic claim made: 550-Civil Rights

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 11/28/2017

I.   Approximate date of disposition: 08/22/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RELIEF REQUESTED

(State what relief you want from the court.)

See: RELIEF REQUESTED

JURY DEMAND     Yes ☒     No ☐

Signed this _____ day of July 26 , 20 22 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: <br> Vibron Lloyd | Inmate Identification Number: <br> B75061 |
|---|---|
| Address: <br> Illinois River C.C <br> P.O. Box 999 <br> Canton, IL 61520 | Telephone Number: |

8

Exhibit 1

# Maywood Police Department

**Phone:**
**Fax:**

Maywood, IL

10/14/2021 14:0.                    Incident Report                    Page: 1

### Incident Report

**Report: 21-15476**

| | | | |
|---|---|---|---|
| Report #: | 21-15476 | City: | Mayw1 - Maywood |
| CAD Event Type: | Aggravated Battery | State: | IL - ILLINOIS |
| RMS Event Type: | Aggravated Battery | Zip: | 60153 |
| No Report Required: | No | AssignedTo: | dherrera - Herrera, Donna |
| Report Date: | 08/24/2021 21:38:45 | Workflow Status: | CLOSED - |
| Name: | T-MOBILE USA | Last Modified Date/Time: | 08/25/2021 09:55:22 |
| Address: | 1206B W Orchard Avenue | Last Modified Login Name: | jpezdek |

**Narrative:**

In summary, not verbatim on 24 August 2021 at approximate 2138 hours R/O(Herrera #324) and all Maywood Units were dispatched to [redacted] in reference to a gun shot victim. R/O arrived on scene and was let in through the front gate which was locked with a metal chain and metal lock by a b/f, now known as witness [redacted]. Witness/[redacted] directed R/O to the bedroom (south-side). R/O observed victim (Onasus Lloyd) laying on the bed with his head facing south-east and his legs facing north-west. R/O also observed victim/Lloyd had no shirt on and his red stained (suspect blood) gray jogger pants were folded past his knees. R/O observed two gun shot wounds on his upper thigh (right leg). A/O#1 (Shemitraku #315), A/O#2 (Smith #309), A/O#3(Saraceno #289), A/O#4 (Hawkins #310), A/O#5 (Fuqua #323) and R/S (Escamilla #277) arrived on scene. MFD #500 and #501 arrived on scene at approximatw 2140 hours.

Victim/Lloyd informed R/O he went to the front door of above residence to "take a smoke" and when he stepped outside was shot at multiple times by an unknown subject(s). Victim/Lloyd also informed R/O he quickly ran into his residence and told [redacted] he had been shot.

At approximate 2152 hours MFD #500 transported victim/Lloyd to Loyola Medical Center.

[redacted] stated [redacted] victim/Lloyd were in the living room listening to music and watching T.V. and victim/Lloyd received a call on his cellphone by an unknown male subject named "Mike" asking "you got some weed" from telephone number [redacted] also stated victim/Lloyd replied back saying, "I don't know anyone by the name "Mike"" and hung up the call. [redacted] a few minutes later heard their dogs begin to bark very loudly and victim/Lloyd got up from the couch and went to the front door. [redacted] observed victim/Lloyd go outside the front door and heard approximate ten shots and victim/Lloyd came running back inside into the bedroom yelling "I've been shot".

Victim/Lloyd and [redacted] were unable to provide R/O with any further information on unknown suspect(s) or any vehicle information.

# Maywood Police Department

**Phone:**
**Fax:**                                    **Maywood, IL**

10/14/2021 14:0                          **Incident Report**                          **Page: 2**

R/S called Lt. Diaz at approximate 2150 hours and per Lt. Diaz all evidence on scene was collected and taken to the Maywood PD Station to be inventoried. The following was collected:

One shell casing (40 S&W CBC, located at front entry way of residence)
Two spent shell casings (9mm LUGER FC, on the sidewalk)
Fifteen total spent shell casings (5x, four 45 AUTO GECO & one, 45 AUTO S&B); (10x, seven 9mm LUGER BLAZER, two 9mm LUGER FC, one 9mm LUGER WIN)
Total of $9.90 USC (1x $5.00, 3x $1.00, 7x 0.25 quarters, 1x $0.10 dime, 1x $0.05 nickel)


Residence████████████
One stray bullet struck back door (East-side door)
Owner:███
██████

██████ informed R/S he did not wish to have a report done at this time.

Nothing further at this time.

## Personnel

| | | | |
|---|---|---|---|
| Personnel: | 324 - Herrera, Donna | First Name: | Donna |
| Type: | Assigned | AgencyId: | Maywood Police Department |
| Badge #: | 324 | LogonId: | dherrera |
| Last Name: | Herrera | | |
| Personnel: | 314 - Shemitraku, Ilir | First Name: | Ilir |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 314 | LogonId: | ishemitraku |
| Last Name: | Shemitraku | | |
| Personnel: | 309 - Smith, Jason | First Name: | Jason |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 309 | LogonId: | jsmith |
| Last Name: | Smith | | |
| Personnel: | 289 - Saraceno, Anthony | First Name: | Anthony |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 289 | LogonId: | asaraceno |
| Last Name: | Saraceno | | |
| Personnel: | 310 - Hawkins, Brandon | First Name: | Brandon |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |

# Maywood Police Department

**Phone:**
**Fax:**  Maywood, IL

10/14/2021 14:0`  Incident Report  Page: 3

| | | | |
|---|---|---|---|
| Badge #: | 310 | LogonId: | bhawkins |
| Last Name: | Hawkins | | |

| | | | |
|---|---|---|---|
| Personnel: | 323 - Fuqua, Christopher | First Name: | Christopher |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 323 | LogonId: | cfuqua |
| Last Name: | Fuqua | | |

| | | | |
|---|---|---|---|
| Personnel: | 277 - Escamilla, Joseph | First Name: | Joseph |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 277 | LogonId: | jescamilla |
| Last Name: | Escamilla | | |

## Offense

### Assault

| | | | |
|---|---|---|---|
| Offense Code: | Assault | Forceable Entry: | No |
| # Of Premises Entered: | 0 | Abandoned: | No |
| Offenders: | | | |
| Lloyd | | | |

## People

### Lloyd, Onasus - Victim

| | | | |
|---|---|---|---|
| Type: | Victim | Age: | 38 |
| LName: | Lloyd | AgeCode: | YY |
| FName: | Onasus | Age To: | 0 |
| Address: | 1206 Orchard Avenue | Sex: | M - Male |
| Apartment: | B | Race: | B - Black |
| City: | Maywood | Phone: | 708-518-5039 |
| State: | IL - ILLINOIS | IsJuvenile: | No |
| Zip: | 60153 | Last Modified Date/Time: | 08/25/2021 05:35:55 |
| DOB: | 10/03/1982 | Last Modified Login Name: | dherrera |

###  - Witness

| | | | |
|---|---|---|---|
| Type: | Witness | AgeCode: | |
| LName: | | Age To: | |
| FName: | | Sex: | |
| Middle: | | Race: | |
| Address: | | Phone: | |
| Apartment: | | IsJuvenile: | No |
| City: | | Created By: | dherrera |

# Maywood Police Department

**Phone:**
**Fax:**                                            Maywood, IL

10/14/2021 14:0                    **Incident Report**                    Page: 4

State:                    IL - ILLINOIS          Created Date:              08/25/2021
Zip:                                             Last Modified Date/Time:   08/25/2021 05:36:19
DOB:                         Last Modified Login Name:  dherrera
Age:

**Images**

Name:                    IMG_5349.jpg

Exhibit 2

On August 28 I went by
my son house. to tell him that
his son had fall off the dirt bike.
when I got to his house and
his Dad gat in the care in the
car his son has walk up push the
dirt bike and his Dad gat out
the car and I toald him I
was going to get me some
coffie. I Ill be back. and
when I pull in to the gas
station. his son was runing
and he said mom my Dad was
Shot. I gave him my phone
and said call the police
and I hear police car
going to his house and I
Left the gas station ~~totent~~
Went back to his house
and they had put up yellow
ribbon and I Park my car
and gat out a run to ~~the~~
his house and I seen my
Son on the ground on his

head was a gun shot in frent
of his head. and shot all over
his body. police was standing and
talk and laughing. I don't fill like
they did care. I have a so much
to say but it hurt to talk about my
son It just bring me in tears.

                    Nettie L Johnson
and it antaint a day go
by I think about it a part my
son it just took apart of me
away.


                X Nettie J Johnson


State of _____ IL
County of _____ COOK
Signed & attested before me on 07·12·2022
By: Nettie L Johnson
Who signed in front of the Notary
Notary: _____

LEONARDO LOERA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 11, 2025

Oliver Lloyd

To

I was sitting in My Car
waiting on the mailman Talking
to my mother when all of a
Sudden my Nephew ran up to
her and said they shot my Dad
I started my Car speeded
to his house because I was
3 blocks away from him I
almost Reaked my Car I get
there Ran over to my brother
me and My mother only to
See my brother lying on
the ground with gun shot wounds
to the head arm leg and Etc
My mom fainted the police
pulled up and they Really
didn't Care about nothing I really
Can't get in all the Details
writing but if you need me to
I can Explain it better on the
Phone or in Person thank you

I was riding the dirt
bike in I had fell off
but my granny picked my
dad up so he can help me
when she picked him up
me him and my cousin
pushed the bike to the
house when we got
there a chrysler 300 pulled up
it was gray with tinted
windows it was two people
in the car one got out in
shot my dad so I had
ran to the gas station
Because my grany was
Still out getting gas in
my cousin ran another
way
        onasus Lloyd

We was walking up the driveway then I seen a
car pull up with the window down and a gun sticking out.
We all started running after we heard the 1st shot
go off. Onesus was in front of me running and fell
from being shot. I Kept running running straight
then turned left and ran behind a gas station. Then
I heard sirens and seen my uncle turning in
SG I came came from behind the gas station
when I walk back around I was in Fear
for my life. I see my grandma passed out and my
uncle holding her. I seen the ambulance picking Onesus
off of the ground and putting him on a stretcher.
Then the ambulance grabbed me because I was shot
in my right side and took me to the hospital.

we = My cousin Onesus  My uncle Onesus

Desmon Staple

To whoever might be concerned,

This is a statement describing Onasus Lloyd killed on August 28 2021 at 1200 block of Orchard Ave in Maywood Illinois.

I have known Onasus for over 5 years. He has never let me down neither like friend nor like customer at my mechanic shop. In his last year of his life I used to be his landlord too. He was this kind of a person that would always give you a hand in a hard times, loved his mother and all his children. He was trying to learn more and more so can do better in life. Him and his younger brother were creating music and performing as well. All he has been searching in his life is to be seen as "capable" person. He was not just freelancing on the streets or creating troubles, therefore what I have seen is most people were trying to claim him a (gang banger) like most of the young people in Maywood. I have been giving him moments to prove himself in the shop with some car challenges because he loved old school vehicles and was trying to improve them on his own. I have been giving him life challenges and there was not a single time he has ever fail. Sometimes Onasus could have been "loud" therefore he had a big heart to give a piece to every human been in this World. He did not deserve the way he was killed therefore he deserve justice.

Statement written by: Petar Donev

Signature:

**Richardson, Daneen**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Thursday, July 28, 2022 9:22 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 1:22-cv-01249-MMM Lloyd v. Village of Maywood et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

## Notice of Electronic Filing

The following transaction was entered on 7/28/2022 at 9:21 AM CDT and filed on 7/28/2022
**Case Name:** Lloyd v. Village of Maywood et al
**Case Number:** 1:22-cv-01249-MMM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER entered by Judge Michael M. Mihm on 7/28/2022. Plaintiff filed a Complaint [1] against the Village of Maywood, the Mayor of Maywood, the Maywood Police Department, and detectives and police officers employed by the Maywood Police Department. Venue for federal civil rights actions is governed by 28 U.S.C. § 1391(b), which states that such actions may be brought only in (1) the judicial district where any defendant resides (if all defendants reside in the same State), (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. It appears that a substantial part of the events or omissions giving rise to the claims in this lawsuit occurred in Maywood located in Cook County, Illinois, which is situated in the federal judicial district of the Northern District of Illinois Eastern Division. 28 U.S.C. § 93(a)(1). The Court finds that venue over this proceeding is in the Northern District, and that it is in the interests of justice that this cause be transferred there. 28 U.S.C. § 1404(a). No summons shall issue in this action unless directed by the transferee court. The Clerk is directed to transfer this case to the U.S. District Court for the Northern District of Illinois. (SAG)**

1:22-cv-01249-MMM Notice has been electronically mailed to:

1:22-cv-01249-MMM Notice has been delivered by other means to:

1

**Richardson, Daneen**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Thursday, July 28, 2022 9:25 AM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 1:22-cv-01249-MMM Lloyd v. Village of Maywood et al Case Transferred |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

## Notice of Electronic Filing

The following transaction was entered on 7/28/2022 at 9:25 AM CDT and filed on 7/28/2022

| | |
|---|---|
| **Case Name:** | Lloyd v. Village of Maywood et al |
| **Case Number:** | 1:22-cv-01249-MMM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Case transferred to the Northern District of Illinois. Case was electronically submitted to the transferee court. (SAG)**

**1:22-cv-01249-MMM Notice has been electronically mailed to:**

**1:22-cv-01249-MMM Notice has been delivered by other means to:**

Vibron Lloyd
ILLINOIS RIVER
B75061
Illinois River Correctional Center
Inmate Mail/Parcels
PO Box 999
Canton, IL 61520

1 - A - 14

Exhibit 3

# Maywood Police Department

**Phone:**
**Fax:**                                    **Maywood, IL**

10/14/2021 14:1                          **Incident Report**                          **Page: 1**

### Incident Report

Report: 21-15759

| | | | |
|---|---|---|---|
| Report #: | 21-15759 | City: | Mayw1 - Maywood |
| CAD Event Type: | Homicide-First Degree Murder | State: | IL - ILLINOIS |
| RMS Event Type: | Homicide-First Degree Murder | Zip: | 60153 |
| No Report Required: | No | AssignedTo: | bdaniels - Daniels, Brian |
| Report Date: | 08/28/2021 16:58:53 | Workflow Status: | INV_Pend - Submitted to Investigations |
| Name: | SPRINT | Last Modified Date/Time: | 08/29/2021 17:25:30 |
| Address: | | Last Modified Login Name: | rochoa |

Narrative:

In summary, R/O was dispatched to the above mentioned location in reference to a call of a person shot. Upon arrival, R/O was informed by unknown citizens that a silver or gray colored sedan parked in front of █████████████ e. R/O was informed that multiple subjects exited the vehicle and started shooting. R/O was then advised that the offender(s) were (2) m/b subjects wearing masks and black hooded sweatshirts and left in a gray or silver vehicle (possible Chrysler 300). R/O was informed that the victim later identified as Onassus LLoyd (DOB 10/03/1982) was struck multiple times throughout his person. R/O was informed that Onassus collapsed in front of ██████████████ Avenue. R/O was also informed that Onassus LLoyd Jr was also a victim and targeted by the gunfire from the offenders(s). Onassus LLoyd was transported to Loyola Hospital by the Maywood Fire Department. Onassus LLoyd was seen by nurse Deb and was also seen by Dr. Pham who pronounced his time of death at 1715 hours. The Cook County medical examiner's office was contacted at 1932 hours. Cook County Investigator Depew #41 was contacted and gave M.E. report number 2021-080-22. The Illinois State Police Evidence Technicians were notified at 1723 hours. State Police Evidence Technician Sgt Garcia #5786 arrived at 1832 hours to process the scene. R/O received and was later inventoried (1) Fired cartridge case 9mm, (53) Fired cartridge cases .40 caliber, (4) fired projectiles, (1) live S & W round .40 caliber, (1) bag containing swabs of red blood-like stains, and (1) disc containing photos of the crime scene. R/O was informed that there was possible footage CCTV footage of the incident.

Call dispatched time: 1658 hours
Officer Fuqua #323 arrival time: 1700 hours
Officer Powell #268 arrival time 1703 hours
R/O's #300 arrival time: 1703 hours
Detective Shemittraku #314 arrival: 1705 hours
Detective Smith #309 arrival: 1705 hours
Maywood Fire Department contacted:1703
Maywood Fire Department arrival: 1704
Maywood Fire Department arrival a Loyola Hospital: 1710 hours
Detective Reilly #305 notified: 1717 hours

# Maywood Police Department

**Phone:**

**Fax:**                                    Maywood, IL

**10/14/2021 14:1**                    **Incident Report**                    **Page: 2**

Officer Earley #320 arrival: 1758
Sgt Ochoa arrival: 1530 hours
Detective Reilly #305 arrival: 1815 hours
Time of Death / DR Pham / Nurse Deb: 1715 hours
Medical Examiner contacted 2x: 1722 hours & 1732 hours / M. E. Depew #41 / report#2021-080-22
State Police Evidence Technician notified: 1723 hours
State Police Evidence Technician (Sgt. Garcia #5786) arrival: 1832 hours
Lt. Diaz #227 arrival: 1842 hours
Officer Saraceno #289 arrival: 1848 hours

## Personnel

| | | | |
|---|---|---|---|
| Personnel: | 300 - Daniels, Brian | First Name: | Brian |
| Type: | Assigned | AgencyId: | 0 |
| Badge #: | 300 | LogonId: | bdaniels |
| Last Name: | Daniels | | |
| | | | |
| Personnel: | 268 - Powell, Terrence | First Name: | Terrence |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 268 | LogonId: | tpowell |
| Last Name: | Powell | | |
| | | | |
| Personnel: | 323 - Fuqua, Christopher | First Name: | Christopher |
| Type: | Assisting Officer | AgencyId: | Maywood Police Department |
| Badge #: | 323 | LogonId: | cfuqua |
| Last Name: | Fuqua | | |

## Offense

### Murder

| | | | |
|---|---|---|---|
| Offense Code: | Murder | Forceable Entry: | No |
| # Of Premises Entered: | 0 | Abandoned: | No |

## Vehicle

**HYUN - Hyundai Elantra**

| | | | |
|---|---|---|---|
| VIN: | 5NPD74LF1LH525497 | YearMade: | 2020 |
| PlateNo: | | Doors: | 0 |
| PlateState: | IL - ILLINOIS | Color: | BLK - Black |
| PlateType: | PC | OwnerLast: | |
| Make: | HYUN - Hyundai | OwnerFirst: | |

# Maywood Police Department

**Phone:**
**Fax:**                                    Maywood, IL

10/14/2021 14:1:          **Incident Report**                    Page: 3

Model:                    Elantra

## People

### Lloyd, Onasus - Deceased

| | | | |
|---|---|---|---|
| Type: | Deceased | DOB: | 10/03/1982 |
| LName: | Lloyd | Age: | 38 |
| FName: | Onasus | AgeCode: | YY |
| Address: | 1206 Orchard | Age To: | 0 |
| City: | Maywood | Sex: | M - Male |
| State: | IL - ILLINOIS | IsJuvenile: | No |
| Zip: | 60153 | | |

### Lloyd, Onasus Jr. - Other

| | | | |
|---|---|---|---|
| Type: | Other | DOB: | 10/22/2004 |
| LName: | Lloyd | Age: | 16 |
| FName: | Onasus Jr. | AgeCode: | YY |
| Address: | 1206 W Orchard | Age To: | 0 |
| City: | Maywood | Sex: | M - Male |
| State: | IL - ILLINOIS | Race: | B - Black |
| Zip: | 60153 | IsJuvenile: | No |

## Submission Log

| | | | |
|---|---|---|---|
| LogonId: | rochoa | Date/Time: | 08/29/2021 17:25:29 |
| Status: | INV_Pend | | |
| LogonId: | bdaniels | Date/Time: | 08/29/2021 15:16:10 |
| Status: | SUBMIT | | |
| LogonId: | System | Date/Time: | 08/28/2021 20:45:00 |
| Status: | ENTERED | | |

Comments:
Initial transfer from CAD.

OFFICIAL DATE : August 28, 2021, Murder of Onasus Lloyd

The Following is a summary account of the Murder of Onasus Lloyd as communicated by, Alexis Wesley (A.W.), Nettie Lloyd Johnson (N.L.J.) Oliver Lloyd (OL), Onasus Lloyd Jr. (JR.), and Desmon Staple (D.S.), to Plaintiff Vibron Lloyd. Communications were by several phone calls and personal signed statements, as well as MPD Incident Reports.

62. On August 28, 2021, Decedent, Onasus Lloyd, was in his home shared with his then girlfriend A.W. ~~Decedents~~

63. Decedents mother N.L.J. came by his home to relate to him that his Son JR., 16, had fallen off his dirt bike. Decedent got into the car with his mother and drove to where his son was. On the way there, they noticed his son pushing the dirt bike and decedent got out of the car to help. His mother then went to the gas station to get some coffee. JR's cousin, D.S., also 16, came to assist JR. with pushing the dirt bike as well. (See Exhibit 2)

64. Suddenly, a Chrysler 300 with tinted windows pulls up and two subjects armed heavily with guns began to fire multiple rounds of projectiles (60 total) striking Decedent multiple times and also striking his nephew D.S. in the abdomen while he was trying to run to get away. Decedent Onasus Lloyd attempted to run but collapsed due to his body being riddled with bullets. (See Exhibit 2 and Three 3)

18

65. J.R. ran toward the gas station to inform his grandmother, N.L.J., of what had just occurred pertaining to his father.

66. D.S. eventually got away and hid behind a gas station.

67. O.L. was waiting for the mailman at the time while on the phone with N.L.J.. He overheard his nephew screaming that his "dad" had been shot and almost wrecked his car speeding to their location.

68. Upon arriving at their location, O.L. met with his mother N.L.J, his nephews J.R., and D.S., who had been shot.

69. They all observed the lifeless body of Decedent Onasus Lloyd and began to cry uncontrollably. Decedents mother fainted. (See Exhibits 2 Family written statements and Police incident report Marked EX 3)

70. The police arrested A.W. and J.R. for reasons unknown to them at the time, but was later revealed in the Village of Maywood's newspaper that MPD thought they were "suspects".

71. The crim Po MPD were called at approximately 16:58 hours, or 4:58 p.m.

72. Several of the Defendant Officers and Detectives who had willfully and intentionally and/or deliberately failed and/or refused to investigate Decedents shooting on August 24, 2021, arrived at the scene of Lloyd's murder on August 28, 2021.

73. Defendant Officer Christopher Fuqua #323, was dispatched and arrived to the scene at 17:00 hours, or, 5:00 p.m.. (EX 3)

74. Defendant Detective Shemittrakv #314 arrived to the scene at 17:05 hours, or, 5:05 p.m.. (EX.3)

75. Defendant Detective Smith #309 arrived to the scene at 17:05 hours, or, 5:05 p.m, (EX.3)

76. Defendant Officer Saraceno #289 arrived to the scene at 18:48 hours, or, 6:48 p.m,, (EX.3)

77. Several other MPD officers were dispatched to the scene as well, including, Terrence Powell #268 at 1703 hours, or 5:03 p.m., Detective Reilly #305 notified 1717 hours or 5:17 p.m., Officer Earley #320 at 1758 hours or 5:58 p.m., Sgt. Ochoa at — and Lt. Diaz #227 at 1842, or, 6:42 p.m. (See Exhibit 3 Maywood Police Department Incident Report 21-15759, 8/28/2021)

78. Per N.L.J., O.L., A.W., D.S., and JR., while several of the MPD officers including Defendants named above, were on the scene huddled around Decedents. body, several of them were laughing, joking inappropriately, and seemed unconcerned.

79. Several "Ring Doorbell security cameras", local business cameras, and witness bystanders cameras caught Lloyd's murder on video as well as MPD officers and Defendant

20

Officers and/or Detectives acts of laughing, inappropriate joking and other unethical conduct.

80. These videos went "viral" and have been viewed thousands of times, catching the perfunctory conduct of MPD Officers and Defendants on camera.

81. Plaintiff Maintains Copies of this Footage.

82. Maywood Fire Department were contacted at 1703 hours or, 5:03 p.m., arrived at 1704 hours, or, 5:04 p.m. and escorted Decedents body to Loyola Hospital at 1710 hours or 5:10 p.m. (EX. 3)

83. Onasus Lloyd was pronounced dead by Dr. Pham at 1715 hours, or 5:15 p.m. (EX. 3 and Exhibit 4, Medical Examiner Investigations) (ME 2021- 08022)

84. Per "The Office OF THE MEDICAL EXAMINER of COOK COUNTY, ILLINOIS", Report of Postmortem Examination Decedent suffered the following injuries resulting in his death:

"EVIDENCE OF MEDICAL INTERVENTION"

"2. On the right anterior thigh, two bandages are noted" (This is evidence that Decedent was still suffering from the two gunshot wounds to his right thigh that he received August 24, 2021, where Defendants failed and refused to investigate his complaint because of discriminatory purposes) [see Ex. 5 page 1]

21

## EVIDENCE OF INJURY

85. MULTIPLE GUNSHOT WOUNDS:

1. "Superficial Gunshot Wound to Forehead";
2. "Perforating Gunshot Wound to Right Chest";
3. "Perforating Gunshot Wound to Right Arm";
4. "Perforating Gunshot Wound to Right Wrist";
5. "Penetrating Gunshot Wound to Left Chest";
6. "Perforating Gunshot Wound to Right Thigh"; (8/24/2021)
7. "Perforating Gunshot Wound to Right Thigh"; (8/24/2021)
8. "Penetrating Gunshot Wound to Left Buttock";
9. "Penetrating Gunshot Wound to Left Buttock";
10. "Pentrating Gunshot Wound to Right Shin".

(See Exhibit 5 Report of Post Mortem Examination)
(See Also Exhibit 6, Medical Chart demonstrating Location of Wounds)

86. Opinion:

"The death of this 38-year-old 'black male', Onasus Lloyd, is due to multiple gunshot wounds. (Ex. 5)

87. Manner of Death; "Homicide"
By: Marta A. Helenowski, MD, Assistant Medical Examiner.
(See Ex. 5)

88. According to Nettie Lloyd Johnson (N.L.J) she was summoned to the Maywood Police Department to be informed that there were several suspects in custody, including ~~the~~ one or more of the assailants that Decedent complained to Defendants were trying to, and did, kill him.

89. Per N.L.J. None of the suspects were charged in the shooting death of Onasus Lloyd. NLJ was never contacted again pertaining to the death of her son, though she was told she would be.

90. This Fact, in combination with the videos posted on social media of Decedent being murdered and Defendants MPD and Officer/Detectives laughing and joking, has caused V.L., N.L.J, O.L. JR. D.S. and A.W. severe emotional distress, grief, sorrow, mental suffering, severe depression, and mental instability to where they can not thoroughly function in everyday life.

91. Days after the death of Onasus Lloyd, his girlfriend, A.W., was shot at by one or more of the same assailants that Decedent communicated to MPD Defendant Officers and Dectectives wanted him dead, on 8/24/21, and the same assailants, one or more, that MPD had arrested as suspects in the shooting death of Lloyd but were released back into the community to be a threat to anyone of Decedents family members or loved ones including but not limited to N.L.J., O.L., JR., D.S., and A.W. ~~the four~~ Assailants ~~threat~~ to Lloyd's family was forseeable.

92. The shooting of Wesley's car occurred late August 2021 to early September 2021, the car still has the

23

bullet holes in it. Pictures have been taken and will be presented as an exhibit and evidence at trial.

93. More recently, on June 4, 2022, A.W. was shot at again by the very same individuals), one or more, who murdered Onasus Lloyd and attempted to murder Desmon Staple. A.W. was forced to move from two of her home locations.

94. To date, no suspects have been charged in the shooting death and Murder of Onasus Lloyd nor in the attempt murder of Desmon Staple, though Lloyd before his death, and A.W., Communicated to MPD, i.e., Defendant Officers and Detectives that individuals named "Seth Marino", "Ro Ro", "Joseph", "Sammie", were trying to kill him and had shot at Decedent on multiple prior Occasions, therefore, giving them a lead.

95. The MPD, neither the Defendant entity, nor Officers or Detectives, have Contacted N.L.J., JR., D.S., or A.W. to further their investigations into the murder and attempt murder of Decedent and D.S.. Per Decedents Mother, N.L.J., "this deeply saddens me and I have lost faith in the police".

96. Plaintiffs believe and maintain that it is because the Victims are African American males why they have not received justice.

97. Plaintiffs maintain that it is the Village of Maywood's (VOM) and Maywood Police Department's (MPD) discriminatory policies, practices or customs, of baselessly and callously, blaming African American male shooting victims for their own injuries and deaths. According to the practices and customs of the VOM and MPD, Affluent and/or poor African American Males, contingent upon their arbitrary thoughts, are drug dealers and gang bangers, and were more than likely involved in criminal conduct which lead to their shooting or death. This is a baseless and distasteful stereotype notion and is insidious when put into practice

MPD training its Officers with this mindset results in individuals like Defendant D.H., C.F., I.S., J.S., A.S., and B.H., who encourage, condone and/or join in the condemned policy, practice, or custom. It leads to them and other MPD officers deliberately, willfully and intentionally, or wantonly failing or refusing to investigate the Complaints of African American Male shooting victims. These acts are the moving force and proximate cause of Lloyd's death. Four days after he complained of being shot, and the cause of the attempt murder of Staple, and the failure is why Wesley is being shot at. These acts violate Plaintiffs Constitutional rights.

98. But for the VOM's and MPD's policy, practice, or custom, referenced above, Defendant Officers and Detectives would not have engaged in discriminatory conduct of failing or refusing to investigate Lloyd's shooting on 8/24/2021, because they felt he was a drug dealer or gang banger because of his affluent lifestyle. They also would not have been convinced that he was the cause of ~~involved in~~ his own shooting due to criminal activity by him. But instead, would have been obliged, by policy, to treat him equally, like other residents of Maywood whom they swore an oath to protect and serve,

25

and treat him like the victim that he was on August 24, 2021, thereby, investigating his complaints of being shot by several assailants, in which the likelyhood exists, that due to their investigatio an arrest of the assailants would have been made between August 24, 2021, or at least August 28, 2021, before 16:50 hours, 4:50 p.m. or sooner. This arrest may have lead to confessions or cooperation by the suspects and the potential filing of charges, prosecution, and imprisonment, or, at least as a deterrent from future violence from assailants toward victims, because in their minds, the Police are now watching them, therefore, let's not do anything to this individual, Onasus Lloyd, that would warrant our re-arrest or get their attention on us.

99. A public employee's scope of employment consists of activities involving the pursuit of the governmental entity's purpose. It is beyond question of course, that interviewing the alleged victim of a crime is ordinarily an activity well within the scope of a police officers duties. Defendant Officers and Detectives without reason deliberately and callously refused to engage in their duty to investigate Decedents shooting complaint simply because of his affluent lifestyle which in their minds, made him a gang banger and drug dealer. There was no proof or justification for the beliefs, and is discriminatory.

100. It is axiomatic that the enforcement of law is central to the duties of a police officer. Enforcement activities include compelling or attempting to compel the obedience of another to laws, rules, or regulations, and the sanctioning or the attempt to sanction a violation thereof.

26

101. The investigation of crimes is a preliminary step in the "sanctioning" of their violations and constitutes law enforcement activity.

102. Defendants deliberately chose not to engage in "law enforcement activity" for Decedent because of who they thought he should be, i.e. drug dealer, gang banger, which is racial discrimination and enabled the assailants the opportunity to complete their initial plan, which was to murder Lloyd, four days later on August 28, 2021; and after their attempt on August 24, 2021, which also allowed for assailants to shoot Desmon Staple, Lloyds 16-year old nephew, and to shoot at his girlfriend Alexis Wesley at later dates.

103. Defendants selectively withdrew police protection from Lloyd as an African American male and other discriminatory purposes. Their conduct referenced throughout the whole of the complaint is nefarious, invidious and shocks the ~~Concious~~ Conscious.

104. The conduct of Defendant MPD and Defendant Officers and Detectives racial discrimination, withdrawal of police protection, and campaign harassment is so outrageous in character, and so extreme in degree, as to go beyond all bounds of decency, and to be regarded as atrocious, and utterly intolerable in civilized society and has caused Decedent's family, Plaintiff's V.L., N.L.J., QL., JR., D.S., and A.W., intentional infliction of emotional distress.

105. Contemporary society has come to recognize the profound emotional scars left by racial discrimination and to abhor the barbarity of Police officers treating victims of a crime who are African American with callousness and derision simply because of their race.

106. Onasus Lloyd was victimized in the following ways:

1) Collectively by Defendant MPD and Defendant Officers and Detectives when they engaged in Campaign Harassment of him from at least 2016 — August of 2021;

2) When he was shot by assailants;

3) When Defendant Officers and Detectives racially profiled and discriminated against him after being shot; and,

4) When Defendant Officers and Detectives avoided charging any suspects and left him vulnerable to further violent attacks resulting in his death.

107. Desmon Staple was victimized in the following ways:

1) When Defendant Officers and Detectives avoided investigating or charging any suspects in the shooting of Onasus Lloyd and left his family (Lloyd's) vulnerable to violent attacks from suspects;

28

2) When he was shot by uninvestigated and uncharged suspects

108. Alexis Wesley was victimized in the following ways:

1) Collectively by Defendant MPD and Defendant Officers and Detectives when they engaged in campaign harassment of her and Lloyd from at least 2016 - August of 2021;

2) When Defendant Officers and Detectives avoided investigating or charging any suspects in the shooting of Onasus Lloyd, and left her vulnerable to be shot at by suspects;

3) When she was shot at by assailants; and,

4) When she was forced to move from her home on two occasions for fear of her life.

## CAUSE OF ACTION / COUNT ONE
## MONELL CLAIM
Defendants Village of Maywood, Maywood Police Department and Mayor Nathaniel Booker
Individual and or official capacities

109. Plaintiffs adopt and realleges paragraphs 1-108 as if fully stated and restated herein verbatim.

110. During all relevant periods of time mentioned in the Complaint, or a portion thereof, Defendant Village of Maywood

29

was a local governing body and/or municipality, Defendant
Maywood Police Department was a municipality, and Defendant
Mayor Nathaniel Booker was a government official capable of
creating or eliminating policy; and has discretion to remove
bad actors from public service. All were acting within the scope
of their duties under Color of State law.

III. Defendants VOM, MPD, and N.B. maintained interrelated
de facto policies, practices, and customs which include, but not
limited to the following:

1) Failing to properly hire, screen, train, supervise, discipline,
monitor, counsel and/or otherwise control police officers who
engage in racial profiling or discrimination;

2) Police Code of Silence;

3) encouragement and/or condoning of bad acts or bad actors
who engage in racial profiling and discrimination;

4) Failure to properly investigate shootings of African American
males; and blaming them for their own shootings or deaths;

5) Failing to properly train and supervise, discipline, monitor,
counsel or otherwise control officers who deliberately fail
to investigate African American Male Shootings;

6) allowing officers to classify male African American citizens with affluent lifestyles as drugdealers or gang bangers for discriminatory purposes; and,

7) depriving African American males (Lloyd) of equal protections of the law by withdrawing police protection.

112. These Policies, practices, and customs both individually, or any combination thereof were maintained and implemented with deliberate indifference, and encouraged the Defendant officers and Detectives to commit the aforesaid acts against Onasus Lloyd and acted as the moving force and were, separate and together, the direct and proximate cause of his death, and the injuries to Desmon Staple and Alexis Wesley, and the proximate cause of their violations ~~unconsti~~ to their Constitutional rights to equal protection, inter alia.

113. Mayor Nathaniel Booker has final policy making authority and had the power and means to remedy any one or more of the unconstitutional policies, practices, or customs, however, turned a blind eye to them and allowed them to be unleashed unrestrained against residents of his village and Plaintiff's, and is responsible for the violations of their constitutional rights, as he maintained discretion to ~~may~~ remove bad actors from public service or to at minimum discipline them.

31

CAUSE OF ACTION / COUNT TWO
VIOLATION OF EQUAL PROTECTION 42 U.S.C. ss 1981
RACIAL DISCRIMINATION

Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku,
Jason Smith, Anthony Saraceno, Brandon Hawkins
Individual and/or Official Capacities

114. Plaintiffs adopt and reallege paragraphs 96-113 as if
fully stated and restated herein verbatim, and believes that these
paragraphs plead enough facts to warrant/merit Count two, as
the paragraphs answers the, 1) who discriminated against Plaintiffs,
2) the type of discrimination that occurred; and 3) when
the discrimination occurred / took place.
All Defendants cited above committed the unconstitutional acts under
color of State law.


CAUSE OF ACTION / COUNT THREE
VIOLATION OF EQUAL PROTECTION 42 U.S.C ss 1983
CLASS OF ONE

Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku,
Jason Smith, Athony Saraceno, Brandon Hawkins


115. Plaintiffs adopt and reallege paragraphs 96-114 as if
fully stated and restated herein verbatim, and believes that these
paragraphs plead enough facts to merit Count 3, as the paragraphs
answers and shows, 1) A heightened improper motive, 2) Arbitrary
Conduct at the hands of Defendants, and 3) that Plaintiffs were
treated differently from other similarly situated citizens of Maywood.

32

All Defendants cited above committed the acts under color of state Law.

## CAUSE OF ACTION / COUNT FOUR
### WRONGFUL DEATH 740 ILCS 180/1, 180/2

Defendants Village of Maywood, Maywood Police Department, Nathaniel Booker, Donna Herrera, Christopher Fuqua, ILir Shemittraku, Jason Smith, Anthony Saraceno, Brandon Hawkins Individual and/or Official Capacities

116. Plaintiffs adopt and reallege paragraphs 1-115 as if fully stated and restated herein verbatim, and believes that the totality of the complaint demonstrates Wrongful Death under the Illinois Wrongful Death Act, 740 ILCS 180/1, 180/2 Plaintiff Vibron Lloyd further Pleads;

1) That the Wrongful acts of failing to investigate Onasus Lloyd's shooting for racially discriminatory purposes was the Cause Cause of his death.

2) Defendants D.H., C.F., I.S., J.S., A.S., and B.H., were operating at the direction of the VOM, MPD, and N.B. and under color of state law.

3) If Onasus Lloyd would have survived his wounds on August 28, 2021, he would have grounds to maintain action against Defendants for recklessly, intentionally, and/or negligently or wantonly failing or refusing to investigate his shooting on August 24, 2021, which lead to the August 28, Shooting.

4) That he is the Next of Kin and/or Personal representative of Onasus Lloyd.

5) That the Defendants acts were unreasonable and it was forseeable that Lloyd faced future harm from the assailants and further injury was the likely result due to the failure of investigating Lloyd's shooting and the withdrawal of police protection.

6) That He (V.L.), JR., Lloyd's son, N.L.J., Lloyd's mother suffered pecuniary injuries due to Onasus Lloyd's death.

A) Decedent Lloyd was an Artist and performed at several venues and even had an album that was being sold locally and abroad.

B) Decedent, with the proceeds (money) from his performances supported Vibron Lloyd during his incarceration, his mother with rent, medication and food, his Son with shelter, clothing, school supplies food, etc., his nieces and nephews, other family and friends.

C) Onasus Lloyd could have eventually, if he would have lived, gotten a record deal or endorsement potentially worth millions.

D) That due to the Decedents murder being caught on camera and the Defendants callous acts of laughing, N.L.J., JR., VL., A.W., D.S., and O.L. have suffered grief, sorrow, mental suffering, and depression.

24

CAUSE OF ACTION / COUNT FIVE
SURVIVAL 755 ILCS 5/27-6
REPRESENTATIVE CAPACITY

117. Plaintiff, Vibron Lloyd, for the Estate of Onas us Lloyd brings this Survival action pursuant to the Illinois Survival Act 755 ILCS 5/27-6 and States as follows:

1) Vibron Lloyd is the sole representative for the Estate of Onasus Lloyd, and prosecutes this claim for personal injury on behalf of Decedent.

2) Had Onasus Lloyd not succumbed to his injuries on August 28, 2021, he would have been permitted to pursue a claim against Defendants Village of Maywood, Maywood Police Department, Mayor Nathaniel Booker, Officers Donna Herrera, Christopher Fuqua, Anthony Saraceno, and Christopher Brandon Hawkins, and Detectives Ilir Shemittraku and Jason Smith, for carrying out discriminatory policies which resulted in withdrawal of police services because he was an African American male, which lead to his death, and was or should have been forseeable, as he, Lloyd, related to Defendant Officers and Detectives that the named individuals shot him on August 24, 2021. They failed and/or negligently or deliberately refused to investigate or make an arrest because of racial discrimination, as a result, he was murdered four days later on August 28, 2021. Defendants actions, inactions, and/or policies, practices, or customs were the proximate

25

cause or a substantial factor in the death of Lloyd.

3) Plaintiffs N.L.J. and O.L. suffered pecuniary loss due to funeral expenses of thousands of dollars actual amount to be disclosed soon.

## CAUSE OF ACTION / COUNT SIX
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### ALL DEFENDANTS

118. Plaintiffs adopt and reallege paragraphs 1-117 as if fully stated and restated herein verbatim, and believes that the totality of the complaint argues elements suggesting intentional infliction of emotional distress.

The Willful and intentional, Reckless and Callous, and/or deliberate or negligent acts of the Defendants described throughout the Complaint caused Plaintiffs Vibron Lloyd, Nettie Lloyd-Johnson, Oliver Lloyd, Onasus Lloyd JR, Desmon Staple, and Alexis Wesley to suffer intentional infliction of Emotional distress.

### VIBRON LLOYD

119. Plaintiff Vibron Lloyd Suffered emotional distress because of the defendants actions and/or inactions regarding his brothes. V.L. was informed of his brothers death and Defendants laughter being on video camera. It caused him to go into a psychotic frenzy and to go into a deep depression. V.L. sought help

From mental health in his place of confinement because he began to hurt himself due to his brothers death. Mental health refused to adequately treat him which is the subject of his case in the U.S. District court Vibron Lloyd VS. Wexford Healthsources, Case No. 22-CV-1010

## NETTIE LLOYD - JOHNSON

120. Plaintiff, Nettie Lloyd Johnson, suffered emotional distress, loss of affection, loss of consortium, grief, sorrow, and mental distress. Not only did she see her sons murder on video, she saw the Defendant officers laughing at him or the situation. Further insult was added when she was called to the station to look at suspects, but none were charged. She was forced to look at her son's killer(s) and then watch them go free.

## OLIVER LLOYD

121. Plaintiff, Oliver Lloyd, adopts and realleges the statements of Nettie Lloyd Johnson found in paragraph 121.

## ONASUS LLOYD JR.

122. Plaintiff, Onasus Lloyd Jr, suffered emotional distress, loss of affection, loss of consortium, grief, sorrow, and mental distress. Not only did JR watch his father be violently murdered, due to the racist discriminatory lack of action by Defendants,

27

he was shot at and nearly killed as well, And to add insult to injury he was arrested as a suspect in his own fathers murder. Village of Maywood's news article will be produced as an exhibit to corroborate the same.

## DESMON STAPLE

123. Plaintiff, Desmon Staple, suffered emotional and mental distress due to the unconstitutional conduct of Defendants. Not only did he watch his uncle get violently murdered due to the deliberate withdrawal of police protection, he himself was almost murdered and was shot through the abdomen.

## ALEXIS WESLEY

124. Plaintiff, Alexis Wesley, suffered emotional and mental distress, due to the harassment of Defendants and their discriminatory acts. Defendants harassed Wesley and their failure to engage in Police activity for Lloyd lead to her being Shot at twice and her having to change her home location on two occasions. Wesley is constantly paranoid and feels as though her life is in danger. Wesley also loss consortium, loss affection, and pecuniary loss.

28

# RELIEF REQUESTED

For Cause of Action one, Monell Claim, against Defendants, Village of Maywood, Maywood Police Department, and Mayor Nathaniel Booker, Plantiff, Vibron Lloyd, for the Estate of Onasus Lloyd requests that Defendants be held liable in their Official and/or Individual capacities and that the Estate of Onasus Lloyd be awarded $4,000,000.00 (Four Million Dollars) for the violation of Onasus Lloyd's Constitutional rights, and that Desmon Staple be awarded $700,000.00 because Defendants policies, practices, or customs, which created the circumstances for his uncle Onasus Lloyd to be murdered, also created the circumstances for him to be shot, which also violates his constitutional rights.

For Cause of Action two Violation of Equal protection 42 U.S.C. ss 1981, Racial Discrimination, against Defendants Donna Herrera, Christopher Fuquay, Ilir Shemittraku, Jason Smith, Anthony Saraceno, and Brandon Hawkins, Plaintiff, Vibron Lloyd, for the Estate of Onasus Lloyd requests that Defendants be held liable in their Official and/or Individual capacities and that the Estate of Onasus Lloyd be awarded $2,500,000.00 (Two Million - Five - Hundred Thousand Dollars) for the violation of Onasus Lloyd's Constitutional rights, and that Desmon Staple be awarded $200,000.00 (Two Hundred Thousand Dollars) because Defendants discriminatory conduct which created the circumstances for Decedents murder, also created the circumstances for him

20

to be shot, thus, violating his Constitutional rights, and that Plaintiff Alexis Wesley be awarded $200,000.00 (Two-Hundred Thousand as the circumstances which created Lloyds Murder, also created the circumstances for her to be shot at on two occasions and for her to have to move two times, which also violates her Constitutional rights.

For Cause of Action Three Violation of Equal Protection 42 U.S.C. 1983, Class of One, against Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku, Jason Smith, Athony Saraceno, and Brandon Hawkins, Plaintiff, Vibron Lloyd, For the Estate of Onasus Lloyd, requests that Defendants be held liable in their Official and/or Individual Capacities, and that the Estate of Onasus Lloyd be awarded $2,500,000.00 (Two Million Five-Hundred Thousand Dollars) for the violation of Lloyds Constitutional rights, and that Desmon Staple, be awarded $200,000.00 (Two-Hundred Thousand Dollars) for the reasons found in Cause of action two, and that Alexis Wesley, be awarded $200,000.00 (Two-Hundred Thousand Dollars) for the reasons found in Cause of action two.

For Cause of Action Four, Wrongful Death 740 ILCS 180/1, against Defendants Donna Herrera, Christopher Fuqua, Ilir Shemittraku, Jason Smith, Anthony Saraceno, and Brandon Hawkins, Plaintiff, Vibron Lloyd, for the Estate of Onasus Lloyd, request that Defendants be held liable in their Official and/or Individual Capacities, and that the Estate of Onasus Lloyd be awarded $1,000,000.00

(One-Million Dollars) for the Wrongful Death of Onasus Lloyd.

For Cause of action Five, Survival 755 ILCS 5/27-6, against all Defendants, Vibron Lloyd, in his Representative Capacity for Onasus Lloyd, requests that Defendants be held liable in their Official and/or Individual Capacities, and that Onasus Lloyd and his Estate, be awarded $1,000,000 (One-Million Dollars) In Survival for Onasus Lloyd.

FOR CAUSE OF ACTION SIX, Intentional Infliction of Emotional Distress, against all Defendants, Plaintiff(s) Vibron Lloyd request that he be awarded $200,000°° (Two-Hundred Thousand Dollars), Nettie Lloyd Johnson request that she be awarded $400,000°°(Four-Hundred Thousand dollars), Oliver Lloyd requests that he be awarded $100,000°° (one-hundred Thousand dollars), Onasus Lloyd Jr. requests that he be awarded $300,000°° (Three-Hundred Thousand), Desmon Staple requests that he be awarded $500,000°°, and Alexis Wesley requests that she be awarded $500,000°° for Defendants infliction - Intentional Infliction of Emotional Distress.

Plaintiffs for all six Causes of actions requests that awards be dispensed in Compensatory Damages and punitive damages and as a deterrent from future Conduct by Defendants.

Respectfully Submitted,
Vibron Lloyd 7/26/22.
Vibron Lloyd (O)(6) B75061